# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LASSWELL FOUNDATION FOR LEARNING AND
LAUGHTER, INC. and FRED LASSWELL, INC.

*Plaintiff*

**V.**

TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and
DOES 1-10, inclusive

*Defendant*

**Civil Action No.** 16-cv-0497-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

DESIGN TANK, INC.
503 N. Fair Street
Onley, IN  62450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew D. Skale
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   2/25/16



John Morrill
*CLERK OF COURT*

S/           A. Corsello
*Signature of Clerk or Deputy Clerk*

Civil Action No. 16-cv-0497-BEN-WVG          Date Issued:    2/25/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* DESIGN TANK, INC.

was received by me on *(date)* 05/20/2016.

☐ I personally served the summons on the individual at *(place)* 503 N. Fair Street Onley, IN 62450 on *(date)* 05/22/2016; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* TIMOTHY SCHWARTZ, who is designated by law to accept service of process on behalf of *(name of organization)* DESIGN TANK, INC. on *(date)* 05/22/2016; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 110.50 for travel and $ 0.00 for services, for a total of $ 110.50.

I declare under penalty of perjury that this information is true.

Date: 05/23/2016

*Server's Signature*

Jonathan Gosnell
*Printed name and title*
420 Spruce Street, Suite B
San Diego, CA 92103, 619 278-0891
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 314-1500 | | FOR COURT USE ONLY |
|---|---|---|---|
| Ben L. Wagner (SBN 243594)<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130 | | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No.<br>36309-006 | | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>Southern District of California<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 | | | |

PLAINTIFF:
LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC. et al.

DEFENDANT
TIMOTHY SCHWARTZ, et al.

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER<br>MCC 1300136 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SUMMONS; COMPLAINT; CIVIL COVER SHEET**

ON: Design Tank, Inc.
AT: 503 N. Fair Street
Onley, IN 62450

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 5/22/2016 1:10:00 PM
PERSON SERVED: Timothy Schwartz - Person Authorized to Accept

FEE FOR SERVICE: $110.50

Not a Registered California Process Server
County:
**Registration No.**
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, May 23, 2016**

Signature: _____
Jonathan Gosnell

**PROOF OF SERVICE**

424303