# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LASSWELL FOUNDATION FOR LEARNING AND
LAUGHTER, INC. and FRED LASSWELL, INC.,
RED RYDER ENTERPRISES, INC., AND
GOLDBOOK LTD.,

*Plaintiff*

V.

TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and
DOES 1-10, inclusive,

*Defendant*

Civil Action No. 16-cv-497-BEN-WVG

**AMENDED    SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    TIMOTHY SCHWARTZ
    503 N. FAIR STREET
    ONLEY, IN  62450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew D Skale
    Mintz Levin Cohn Ferris Glovsky & Popeo PC
    3580 Carmel Mountain Road, Suite 300
    San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:     5/27/16



John Morrill
*CLERK OF COURT*

S/             K. Betancourt
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 16-cv-497-BEN-WVG                                   Date Issued: _____5/27/16_____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

      This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

      ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

      ☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

      ☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

      ☐ I returned the summons unexecuted because _____; or

      ☐ Other *(specify)*:


      My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

      I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                                    *Server's Signature*

                                         _____
                                                                    *Printed name and title*

                                         _____
                                                                    *Server's address*

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, my business address is Mintz Levin Cohn Ferris Glovsky and Popeo PC, 3580 Carmel Mountain Road, Suite 300, San Diego, CA  92130.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 31, 2016, I caused a copy of the following document:

**AMENDED SUMMONS IN A CIVIL ACTION**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Timothy Schwartz<br>503 N. Fair Street<br>Onley, IN  62450 | <u>Defendant</u> |
| Design Tank, Inc.<br>503 N. Fair Street<br>Onley, IN  62450 | <u>Defendant</u> |

[XX] **MAIL:**    Such correspondence was deposited, postage fully paid, with the U.S. Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct.  Executed on May 31, 2016, at San Diego, California.  I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

_Kelly J. Jenckes_
Kelly E. Jenckes