Matthew J. Faust, State Bar No. 254145
Khodadad D. Sharif, State Bar No. 187992
Blake W. Berger, State Bar No. 309874
SHARIF | FAUST LAWYERS, LTD.
1010 Second Ave, 24th Floor
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendant
TIMOTHY SCHWARTZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC. and FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD.,<br><br>Plaintiffs,<br>vs.<br><br>TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 16-cv-0497-BEN-WVG<br><br>NOTICE OF DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS UNDER F.R.C.P. 12(B)(5), OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER F.R.C.P. 12(B)(2).<br><br>**HEARING/ORAL ARGUMENT REQUESTED** |

**TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on 8 August 2016 at 10:30 AM in Courtroom 5A of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, CA 92101, San Diego, California, DEFENDANT TIMOTHY SCHWARTZ ("Mr. Schwartz") will and hereby moves this Court for an order to:

(1) dismiss Plaintiffs' amended complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(5), and/or 12(b)(2). These Motions are made on the grounds that Plaintiffs have failed to effectuate proper service of process in this case, and that this Court lacks personal jurisdiction over Mr. Schwartz.

These Motions are based upon this Notice of Motion(s) and Motion(s), the accompanying Memorandum of Points and Authorities, the Declarations of Mr. Schwartz, his father John, and his brother Robert, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

SHARIF | FAUST LAWYERS, LTD.

Dated:      1 July 2016          BY:          /s/ Matthew J. Faust
                                              Matthew J. Faust
                                  Attorneys for Plaintiff Timothy Schwartz