Matthew J. Faust, State Bar No. 254145
Khodadad D. Sharif, State Bar No. 187992
Blake W. Berger, State Bar No. 309874
SHARIF | FAUST LAWYERS, LTD.
1010 Second Ave, 24th Floor
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendant
TIMOTHY SCHWARTZ

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC. and FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD.,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 16-cv-0497-BEN-WVG<br><br>DECLARATION OF TIMOTHY SCHWARTZ IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, UNDER F.R.C.P. 12(B)(5), OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER F.R.C.P. 12(B)(2). |

I, Timothy Schwartz, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the following facts and, if called, I could and would testify competently thereto.

2. I am a defendant in this matter.

3. This declaration is made in support of my motion to dismiss this action

pursuant to F.R.C.P. 12(B)(2), 12(B)(4), and 12 (B)(5).

4. I am a resident of Tampa, Florida. I am currently employed in Tampa and I have no plans to leave Florida for the foreseeable future.

5. I formerly lived in Los Angeles from about 1990-2001. In 2001 I relocated to Indiana and moved back and forth between there and Illinois.

6. In March of 2008, Ms. Patricia Slesinger contacted me to ask me to come work for her in Beverly Hills, California. I accepted her offer and moved to Beverly Hills, where I worked for her there through the end of 2009, completing various projects regarding the archiving personal family items, and providing graphic design and other services. I would not have moved to California if she had not required that I do so.

7. In January of 2010, at the behest of Ms. Slesinger, I relocated to Tampa, Florida to take on new responsibilities unrelated to those that I performed while living in California. These new Florida tasks are the ones that gave rise to the current lawsuit.

8. From 2010-2014 I worked for Ms. Slesinger in Florida. I transferred my whole life to Tampa.

9. By June 2013, my relationship with Ms. Slesinger grew strained. She asked me to do things that I was not comfortable with, such as make a sworn statement to the Franchise Tax Board that she lived in Florida, when she had

resided in Beverly Hills all the while. In July of 2013 I informed Ms. Slesinger that I no longer wished to work for her, but she persuaded me to stay and promised me future payments so I kept on working. In the following months I made numerous requests for payments, but none were forthcoming. In November/December of 2013 I once again informed Ms. Slesinger that I would no longer work for her, and I demanded payment of my overdue wages. Ms. Slesinger refused to pay and threatened to "ruin me."

10. Ms. Slesinger has a history of abusing the legal system. On or about January 28, 2014, Ms. Slesinger filed suit against me in Hillsborough County, Florida in attempts to evict me from her family residence, where I had been living since I first moved to Tampa at her request. I believe she filed that lawsuit in retaliation for my decision not to aid her in her attempts to commit tax fraud. I believe that the instant lawsuit is equally retaliatory and meritless. In response to the Florida suit, I countersued for the unpaid wages she owes me. Both Florida cases were subsequently transferred to circuit court, where they are still pending.

11. I do not own or lease any real property in California.

12. I do not do business in California

13. I do not have any bank accounts in California.

14. I do not work nor have any assets in California.

15. I do not file taxes in California.

16. I have no intention to relocate to California.

17. I have not been served in connection with the pending lawsuit.

18. I was present in Florida for the entire day of May 22, 2016. At no point in time during May 22, 2016 was I in any state other than Florida. Attached to this declaration as **Exhibit "A"** is a true and correct copy of a receipt that I received while I was shopping at a Walmart in Tampa, Florida on May 22, 2016.

19. I do not, nor have I ever had any affiliation with any corporation named "Design Tank, Inc." in any state.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6/30/2016
Date

*Timothy Schwartz* (signature)
Timothy Schwartz