Matthew J. Faust, State Bar No. 254145
Khodadad D. Sharif, State Bar No. 187992
Blake W. Berger, State Bar No. 309874
SHARIF | FAUST LAWYERS, LTD.
1010 Second Ave, 24th Floor
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendant
TIMOTHY SCHWARTZ

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC. and FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD.,<br><br>Plaintiffs,<br>vs.<br><br>TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 16-cv-0497-BEN-WVG<br><br>DECLARATION OF JOHN SCHWARTZ IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, UNDER F.R.C.P. 12(B)(5), OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER F.R.C.P. 12(B)(2). |

I, John Schwartz, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. I am the owner and title holder of the property commonly identified as 1711 Mary Lane, Olney IL 62450. I reside there with my wife. My son, Tim

Schwartz, does not live there.

3. I am the owner and title holder of the property commonly identified as 503 N Fair St, Olney, IL 62450. No one lives there at the time being. It has been vacant since September of 2015. I check up on the property a couple times a week. My son, Tim Schwartz, does not live there.

4. Tim was not present at either address on May 22, 2016.

5. No service has been effectuated on either of the above captioned addresses in connection with this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6/30/2016
Date

John Schwartz

Text