Matthew J. Faust, State Bar No. 254145
Khodadad D. Sharif, State Bar No. 187992
Blake W. Berger, State Bar No. 309874
SHARIF | FAUST LAWYERS, LTD.
1010 Second Ave, 24th Floor
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendant
TIMOTHY SCHWARTZ

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC. and FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD., <br><br> Plaintiffs, <br> vs. <br><br> TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 16-cv-0497-BEN-WVG <br><br> DECLARATION OF ROBERT SCHWARTZ IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, UNDER F.R.C.P. 12(B)(5), OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER F.R.C.P. 12(B)(2). |

I, Robert Schwartz, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. I am the owner and title holder of the property commonly described as 610 Bristle Lake Circle, Brownsburg, IN 46112. I live there with my wife and

children. My brother, Tim Schwartz, does not live there.

3. On Sunday morning, May 22, 2016 at 2 AM I received a knock on my door at the above titled address. A man who failed to identify himself asked if my brother Tim lived there. I replied that he did not and went back to sleep. Later that day around 2 PM the same man showed up again. This time he asked me if I was "Tim Schwartz." I replied that I was not, that he was my brother, and that he does not live here. Despite my responses, the man delivered a summons and complaint. Tim was not present at my address on May 22, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

June 30, 2016
Date

Robert Schwartz