# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC. and FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD., <br><br> *Plaintiff* <br> V. <br> TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and DOES 1-10, inclusive, <br><br> *Defendant* | Civil Action No. 16-cv-497-BEN-WVG |

## AMENDED    SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

    TIMOTHY SCHWARTZ
    5108 WEST LONGFELLOW AVENUE
    TAMPA, FLORIDA 33629

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew D Skale
    Mintz Levin Cohn Ferris Glovsky & Popeo PC
    3580 Carmel Mountain Road, Suite 300
    San Diego, CA 92130

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    5/27/16



John Morrill
*CLERK OF COURT*

S/    K. Betancourt
*Signature of Clerk or Deputy Clerk*

Civil Action No. 16-cv-497-BEN-WVG       Date Issued: 5/27/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Timothy Schwartz

was received by me on *(date)* 11/07/2016 .

☐ I personally served the summons on the individual at *(place)* 5108 West Longfellow Avenue, Tampa Florida, 33629 on *(date)* 11/10/2016 ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 320.00 for travel and $ _____ for services, for a total of $ 320.00 .

I declare under penalty of perjury that this information is true.

Date: 11/14/2016

*Server's Signature*

Donald Seward / Process Server
*Printed name and title*
American Messenger Service, Inc.

420 Spruce Street, Suite B, San Diego, CA 92103
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 314-1500 | FOR COURT USE ONLY |
|---|---|---|
| Andrew D. Skale, Esq. (SBN 211096)<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130 | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No.<br>36309-001 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
Southern District of California
333 West Broadway
San Diego, CA 92101

PLAINTIFF:
LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., et al

DEFENDANT
TIMOTHY SCHWARTZ, et al

| DECLARATION OF DILIGENCE | CASE NUMBER<br>16-cv-497-BEN-WVG |
|---|---|

AT THE TIME OF DILIGENCE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I ATTEMPTED PERSONAL SERVICE ON THE FOLLOWING DATES AND TIMES WITH THE FOLLOWING RESULTS:

AMENDED SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; AMENDED COMPLAINT; SUMMONS IN A CIVIL ACTION; AMENDED REPORT ON THE FILING OR DETERMINATION OF AN ACTION RE A PATENT OR TRADEMARK

ON: Timothy Schwartz

ADDRESS, CITY AND STATE: 5108 West Longfellow Avenue
Tampa, Florida 33629

Tuesday 11/08/2016 @ 2:30 pm - 5108 West Longfellow Avenue, Tampa, Florida 33629 - No one answered the door. Decorative hanger on door, silver Jeep Commander in the driveway. Tapestries against the window so there is no visibility inside.

Tuesday 11/08/2016 @ 7:30 pm - 5108 West Longfellow Avenue, Tampa, Florida 33629 - No change at all, no answer at the door. Jeep still there.

Wednesday 11/09/2016 @ 9:30 am - 5108 West Longfellow Avenue, Tampa, Florida 33629 - No change at all. Still no answer. Jeep is still there.

Stakeout - Thursday 11/10/2016 @ 7:00 am - 9:00 am - Server parked and waited at the property for the subject.

Thursday 11/10/2016 @ 9:00 am - 5108 West Longfellow Avenue, Tampa, Florida 33629 - Subject had to be chased down and was served on the corner of South Manhattan Avenue and Bay to Bay Boulevard. Personally served - Timothy Schwartz

Additional Costs for diligence are recoverable under CCP 1033.5(a)(4)(B)

FEE FOR SERVICE: $320.00
Not a Registered California Process Server
County:
Registration No.
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, November 15, 2016**

Signature: _/s/ Donald W Seward_

Donald Seward

**DECLARATION OF DILIGENCE**

438644

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On November 17, 2016, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew D. Skale | askale@mintz.com, Docketing@mintz.com, JLWolber@mintz.com, adskale@mintz.com |
| Matthew J. Faust | aust@shariffaust.com, office@shariffaust.com |

Executed on November 17, 2016, at San Diego, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*s/Andrew D. Skale*
Andrew D. Skale, Esq.