# UNITED STATES DISTRICT COURT

for the
Middle District of Florida
Tampa Division

| | | |
|---|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC and GOLDBOOK LTD. | ) ) ) ) ) | Case No. 8:17-cv-46-T-27TBM |
| *Plaintiff(s)* | ) ) | |
| -v- | ) ) ) ) | |
| TIMOTHY SCHWARTZ, DESIGN TANK, INC. and DOES 1-10 | ) ) ) | |
| *Defendant(s)* | ) ) | |

## DEFENDANT'S MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I, Timothy Schwartz, hereby move the Court for the appointment of *pro bono* counsel and attach an Affidavit of Indigency in support thereof. I have spoken with an attorney who is admitted for practice in the Middle District of Florida about this matter and he has agreed to represent me on a *pro bono* basis.

That attorney is:   Scott McLaren

　　　　　　　　Hill Ward Henderson

　　　　　　　　3700 Bank of America Plaza

　　　　　　　　101 East Kennedy Boulevard

　　　　　　　　Tampa, FL 33602

Tel: 813-221-3900

Fax: 813-221-2900

Email: smclaren@hwhlaw.com

I therefore respectfully request an Order appointing Scott McLaren as my *pro bono* attorney.

Date of signing: Feb. 16, 2017

Signature of Defendant: _Timothy Schwartz_

Printed Name of Defendant: Timothy Schwartz

## CERTIFICATE OF SERVICE

I, Timothy Schwartz, certify that on Feb. 16, 2017, I served a copy of this document on Plaintiffs' attorney Andrew Skale by emailing it to him at adskale@mintz.com.