# INDEX of EXHIBITS

1. Red Ryder Enterprises, Inc. (New York and Florida) dissolutions

2. Goldbook, Ltd. (California) Certificate of No Record

3. Goldbook Publishing, LLC (Florida) corporate information

4. cartoonys.com ICANN record of registrant

5. daytolaughandplay.org ICANN record of no registrant

6. Design Tank, Inc. (Illinois) corporate information

7. Design Tank, Inc. (Illinois) California corporate information

8. Goldbook Publishing, LLC (Florida) termination letter

9. April 13, 2011, email exchange between Andrew Skale, Patricia Slesinger and Timothy Schwartz, regarding current uses of Fred Lasswell, Inc. trademark for renewal

10. May 12, 2011, trademark renewal by Andrew Skale with current use specimen images by Timothy Schwartz

11. Email exchanges between Andres Pridas and Timothy Schwartz in 2011, 2012 and 2013 regarding Fred Lasswell, Inc. Florida sales tax return from sales at cartoonys.com

12. Oct. 3, 2014, Correspondence from Andrew Skale to David Plante