# EXHIBIT 1

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through August 12, 2016.

Selected Entity Name: RED RYDER ENTERPRISES INC.
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | RED RYDER ENTERPRISES INC. |
| DOS ID #: | 93477 |
| Initial DOS Filing Date: | FEBRUARY 08, 1954 |
| County: | NEW YORK |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC BUSINESS CORPORATION |
| Current Entity Status: | INACTIVE - Dissolution by Proclamation / Annulment of Authority (Jan 25, 2012) |

Information to reinstate a corporation that has been dissolved by proclamation or annulment of authority by proclamation is available on the New York State Department of Taxation and Finance website at www.tax.ny.gov keyword TR-194.1 or by telephone at (518) 485-6027

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
RED RYDER ENTERPRISES INC.
205 WEST BROREIN STREET
TAMPA, FLORIDA, 33606

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

**# of Shares**  **Type of Stock**  **$ Value per Share**
200              No Par Value

*Stock information is applicable to domestic business corporations.

### Name History

**Filing Date**   **Name Type**   **Entity Name**
FEB 08, 1954      Actual          RED RYDER ENTERPRISES INC.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# Florida Department of State
# Division of Corporations

## Detail by Entity Name

### Florida Profit Corporation
RED RYDER ENTERPRISES, INC.

### Filing Information

| | |
|---|---|
| Document Number | S19923 |
| FEI/EIN Number | 13-1765100 |
| Date Filed | 12/20/1990 |
| Effective Date | 01/01/1991 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR REGISTERED AGENT |
| Event Date Filed | 08/03/2016 |
| Event Effective Date | NONE |

### Principal Address

1111 N WESTSHORE BLVD
SUITE 604
TAMPA, FL 33607

### Mailing Address

1111 N WESTSHORE BLVD
SUITE 604
TAMPA, FL 33607

### Registered Agent Name & Address

NONE
Registered Agent Resigned: 03/31/2016

### Officer/Director Detail

**Name & Address**

Title P

SLESINGER, PATRICIA A
1111 N WESTSHORE BLVD STE 604
TAMPA, FL 33607

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2014 | 04/15/2014 |
| 2015 | 01/28/2015 |
| 2016 | 01/25/2016 |

## Document Images

| Document | |
|---|---|
| 03/31/2016 -- Reg. Agent Resignation | View image in PDF format |
| 01/25/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2008 -- Amendment | View image in PDF format |
| 05/02/2007 -- ANNUAL REPORT | View image in PDF format |
| 11/27/2006 -- REINSTATEMENT | View image in PDF format |
| 10/10/2005 -- REINSTATEMENT | View image in PDF format |
| 04/01/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2003 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2001 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2000 -- ANNUAL REPORT | View image in PDF format |
| 02/17/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/16/1998 -- ANNUAL REPORT | View image in PDF format |
| 03/05/1997 -- ANNUAL REPORT | View image in PDF format |
| 03/19/1996 -- ANNUAL REPORT | View image in PDF format |
| 02/02/1995 -- ANNUAL REPORT | View image in PDF format |

Copyright © and Privacy Policies