# EXHIBIT 2

# State of California
## Secretary of State

## Certificate of No Record
## Limited Partnership

I, ALEX PADILLA, Secretary of State of the State of California, hereby certify:

That, the Corporations Code of the State of California provides for the execution and acknowledgment of a Certificate of Limited Partnership and the subsequent filing in the office of the Secretary of State and,

That, the Corporations Code of the State of California provides for the filing in the office of the Secretary of State of an Application for Registration in order to register a foreign limited partnership to transact intrastate business in this State.

I further certify that there is no record in the limited partnership files of this office of a California or Foreign limited partnership, active or inactive, of the name:

**GOLDBOOK LTD.**

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of June 7, 2016.



ALEX PADILLA
Secretary of State

NP-25 (REV 01/2015)

CFG