# EXHIBIT 3

简体中文   English   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

- ABOUT WHOIS
- POLICIES
- GET INVOLVED
- KNOWLEDGE CENTER
- WHOIS COMPLAINTS

cartoonys.com    [Lookup]

## Showing results for: cartoonys.com
Original Query: cartoonys.com

# Contact Information

## Registrant Contact
Name: ocean gate
Organization: ocean gate holdings
Mailing Address: Room 1505B, 15/F Fortress Tower, 250 King's Road, North Point, Hong Kong N/A 00000 HK
Phone: +852.81703830
Ext:
Fax:
Fax Ext:
Email: oceangateholdings@

## Admin Contact
Name: ocean gate
Organization: ocean gate holdings
Mailing Address: Room 1505B, 15/F Fortress Tower, 250 King's Road, North Point, Hong Kong N/A 00000 HK
Phone: +852.81703830
Ext:
Fax:
Fax Ext:
Email: oceangateholdings@gmail.com

## Tech Contact
Name: ocean gate
Organization: ocean gate holdings
Mailing Address: Room 1505B, 15/F Fortress Tower, 250 King's Road, North Point, Hong Kong N/A 00000 HK
Phone: +852.81703830
Ext:
Fax:
Fax Ext:
Email: oceangateholdings@gmail.com

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

gmail.com

## Registrar

WHOIS Server:
whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:
abuse@godaddy.com
Abuse Contact Phone:
+1.4806242505

## Status

Domain Status:
clientTransferProhibited
http://www.icann.org/epp#client
TransferProhibited
Domain Status:
clientUpdateProhibited
http://www.icann.org/epp#client
UpdateProhibited
Domain Status:
clientRenewProhibited
http://www.icann.org/epp#client
RenewProhibited
Domain Status:
clientDeleteProhibited
http://www.icann.org/epp#client
DeleteProhibited

## Important Dates

Updated Date: 2015-11-23
Created Date: 2007-10-12
Registration Expiration Date:
2016-10-12

## Name Servers

NS-1877.AWSDNS-42.CO.UK
NS-534.AWSDNS-02.NET

## Raw WHOIS Record

```
Domain Name: cartoonys.com
Registry Domain ID: 1271943474_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-11-23T21:20:09Z
```

```
Creation Date: 2007-10-12T18:15:45Z
Registrar Registration Expiration Date: 2016-10-
12T18:15:45Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: ocean gate
Registrant Organization: ocean gate holdings
Registrant Street: Room 1505B, 15/F Fortress
Tower,250 King's Road, North Point
Registrant City: Hong Kong
Registrant State/Province: N/A
Registrant Postal Code: 00000
Registrant Country: HK
Registrant Phone: +852.81703830
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: oceangateholdings@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: ocean gate
Admin Organization: ocean gate holdings
Admin Street: Room 1505B, 15/F Fortress Tower,250
King's Road, North Point
Admin City: Hong Kong
Admin State/Province: N/A
Admin Postal Code: 00000
Admin Country: HK
Admin Phone: +852.81703830
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: oceangateholdings@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: ocean gate
Tech Organization: ocean gate holdings
Tech Street: Room 1505B, 15/F Fortress Tower,250
```

```
King's Road, North Point
Tech City: Hong Kong
Tech State/Province: N/A
Tech Postal Code: 00000
Tech Country: HK
Tech Phone: +852.81703830
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: oceangateholdings@gmail.com
Name Server: NS-1877.AWSDNS-42.CO.UK
Name Server: NS-534.AWSDNS-02.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-08-
04T13:00:00Z <<<
```

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume,

utomated or robotic electronic
rocesses designed to collect or compile this data
or any purpose,
ncluding mining this data for your own personal or
ommercial purposes.

lease note: the registrant of the domain name is
specified
n the "registrant" section.  In most cases,
;oDaddy.com, LLC
.s not the registrant of domain names listed in this
latabase.

)TICE, DISCLAIMERS AND TERMS OF USE:

 results shown are captured from registries and/or registrars and are framed in real-time. ICANN
es not generate, collect, retain or store the results shown other than for the transitory duration
cessary to show these results in response to real-time queries.* These results are shown for the
le purpose of assisting you in obtaining information about domain name registration records and
 no other purpose. You agree to use this data only for lawful purposes and further agree not to
e this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or
csimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated,
ectronic processes to collect or compile this data for any purpose, including without limitation
ning this data for your own personal or commercial purposes. ICANN reserves the right to restrict
 terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the
jht to modify these terms at any time. By submitting a query, you agree to abide by these terms.

There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it
)es collect, generate, retain and store information regarding registrations in the .int TLD.

© 2016 Internet Corporation for Assigned Names and Numbers    Privacy Policy