# EXHIBIT 5


## JESSE WHITE
### SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| Field | Value | Field | Value |
|---|---|---|---|
| File Number | 62318953 | | |
| Entity Name | DESIGN TANK, INC. | | |
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 07/24/2002 | State | ILLINOIS |
| Agent Name | MARILYN HOLLINGER | Agent Change Date | 09/26/2005 |
| Agent Street Address | 350 W KENSINGTON RD STE 106 | President Name & Address | JASON E CARBERRY 1307 TAMARACK DR BARTLETT 60103 |
| Agent City | MOUNT PROSPECT | Secretary Name & Address | INVOLUNTARY DISSOLUTION 12 12 08 |
| Agent Zip | 60056 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |
| Assumed Name | INACTIVE - FINE MOMENTS | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE