# EXHIBIT 7

# MINTZ LEVIN

Andrew D. Skale | 858 314 1506 | adskale@mintz.com

3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
858-314-1500
858-314-1501 fax
www.mintz.com

January 28, 2014

VIA FEDERAL EXPRESS AND EMAIL (UNCLEFRED@CARTOONYS.COM, CUSTOMERSERVICE@CARTOONYS.COM, DESIGNTANK@GMAIL.COM)

Mr. Timothy Schwartz
5108 W. Longfellow Avenue
Tampa, FL 33629

Re: The Termination of your Arrangement with Goldbook Publishing, LLC

Dear Mr. Schwartz:

As you know, we represent Goldbook Publishing, LLC ("Goldbook") and its clients, Stephen Slesinger, Inc., Red Ryder Enterprises, Inc., Fred Lasswell, Inc., and Lasswell Foundation for Learning and Laughter, Inc. (collectively Goldbook's "Clients"). It has come to our attention that, rather than performing the information technology, cataloguing, and digitizing services that you and your company, Design Tank, were compensated for, you have misappropriated documents, proprietary business information, products, goods and other property owned by Goldbook and its Clients with the intent to permanently deprive Goldbook and its Clients of the ownership, use and value of their property.

You were informed, on or about January 7, 2014, that your arrangement with Goldbook was terminated. Lest there be any confusion on this point, your arrangement with Goldbook and each and every one of its Clients was cancelled and terminated as of your conversation with Ms. Pati Slesinger on or about January 7, 2014. Accordingly, immediately refrain from insinuating or representing, either directly or indirectly, that you have any relationship or affiliation with Goldbook or any of its clients, including Stephen Slesinger, Inc., Red Ryder Enterprises, Inc., Fred Lasswell, Inc., and Lasswell Foundation for Learning and Laughter, Inc. If you continue to represent that you are associated with or a representative of Goldbook or any of its Clients, including Stephen Slesinger, Inc., Red Ryder Enterprises, Inc., Fred Lasswell, Inc., and Lasswell Foundation for Learning and Laughter, Inc., immediate legal action will be instituted against you.

We also understand that you have unlawfully obtained and converted to your own use, tangible and intangible property belonging to Goldbook, Stephen Slesinger, Inc., Red Ryder Enterprises, Inc., Fred Lasswell, Inc., and Lasswell Foundation for Learning and Laughter, Inc., including, but not limited to, Mac computers and their respective internal and external storage media, hard-copy files, electronic files, images, imaged computers, creative content and files, original artwork, photographs, writings and other historically significant documents, original inventions, collectible memorabilia, comic books, original works of comic strip art, original digital and analog masters of children's shows, films, songs and music, materials for the production of commercial art, file organization indexes, fan mail, e-mail communications, tax records, bank ledgers and account information, human resources information, and legal

documents and trade secrets. In addition, we understand that you also wrongfully obtained electronic files, images, electronic communications, and documents from other Goldbook consultants and contractors by imaging their computers. You must **immediately** contact me to arrange for the return of all of the tangible and intangible property owned by Goldbook, Stephen Slesinger, Inc., Red Ryder Enterprises, Inc., Fred Lasswell, Inc., Lasswell Foundation for Learning and Laughter, Inc., and Goldbook's consultants and contractors, which has been wrongfully converted by you. If you do not contact me by close of business on **Thursday, January 30, 2014**, Goldbook and its Clients will have no choice but to institute immediate legal action against you, including the filing of a lawsuit seeking injunctive relief, the return of the wrongfully converted property and monetary damages.

Finally, we are advised that you have refused to turn over any of the account numbers, usernames, access codes, and passwords that you wrongfully created for accounts belong to Goldbook and its Clients, including, but not limited to, the usernames and passwords to www.unclefred.com. You had no legal right to institute these access restrictions and have no legal right to this information. As such, **immediately** provide the usernames, access codes, and passwords to all of the accounts belonging to Goldbook, Stephen Slesinger, Inc., Red Ryder Enterprises, Inc., Fred Lasswell, Inc., and Lasswell Foundation for Learning and Laughter, Inc. Again, if you do not contact me by close of business on **Thursday, January 30, 2014**, Goldbook and its Clients will have no choice but to institute immediate legal action against you, including the filing of a lawsuit seeking injunctive relief, the return of the electronic data and information, and monetary damages.

We hope that this matter can be resolved quickly without having to resort to further legal action. We are still investigating, however, and the full extent of the damage that you have caused Goldbook and its Clients is not yet known. As a result, this letter is written without prejudice to any and all claims or defenses Goldbook, Stephen Slesinger, Inc., Red Ryder Enterprises, Inc., Fred Lasswell, Inc., and Lasswell Foundation for Learning and Laughter, Inc. may have against you and Design Tank, all of which are hereby expressly reserved. If you are represented by counsel, please forward this letter to him or her.

Sincerely,

Andrew D. Skale

cc: Wynter N. Lavier