EXHIBIT 8



# Detail by Entity Name

**Florida Limited Liability Company**

GOLDBOOK PUBLISHING LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L08000113749 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 12/12/2008 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2009 |
| **Event Effective Date** | NONE |

**Principal Address**

1111 N. WESTSHORE BLVD.
604
TAMPA, FL 33607

**Mailing Address**

1111 N. WESTSHORE BLVD.
604
TAMPA, FL 33607

**Registered Agent Name & Address**

SLESINGER BENTSON, K. PATRICIA S
1111 N. WESTSHORE BLVD.
604
TAMPA, FL 33607

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

SLESINGER BENTSON, K. PATRICIA S
1111 N. WESTSHORE BLVD., SUITE 604

TAMPA, FL 33607

## Annual Reports

**No Annual Reports Filed**

## Document Images

12/12/2008 -- Florida Limited Liability | View image in PDF format

Copyright © and Privacy Policies
State of Florida, Department of State