# EXHIBIT 10

**From:** Telecomics@aol.com
**Subject:** Re: U.S. Trademark Reg. No. 2,562,455 MISCELLANEOUS DESIGN (FACE OF GRADUATE DESIGN) IC:09 (Our Ref. 36333-407)
**Date:** April 13, 2011 at 11:17 AM
**To:** SKThrash@mintz.com, tim@designtank.com

Of course we want to renew this registration. Although the Uncle Fred Face design in this mark, without the graduation hat is so distinctive and famous, no one could use it with the hat. Anyway, Tim will send you a copy of something which shows how it is currently used in Commerce. e.g. Send a copy of a video and dvd package design and a teacher manual along with, perhaps a download of a web page or anything else. I think three samples may be enough. Tim we should also send copies of the Uncle Fred Mark so that the trademark office can see that this is an addition to the main mark. Tim can you do this today???? There is a deadline for filing the renewal. Please respond ASAP.


-----Original Message-----
From: Thrash, Shannon <SKThrash@mintz.com>
To: 'josithekat@yahoo.com' <josithekat@yahoo.com>
Cc: 'Telecomics@aol.com' <Telecomics@aol.com>; Skale, Andrew <ADSkale@mintz.com>; Dib, Jacobo <JDDib@mintz.com>
Sent: Mon, Apr 11, 2011 1:04 pm
Subject: U.S. Trademark Reg. No. 2,562,455 MISCELLANEOUS DESIGN (FACE OF GRADUATE DESIGN) IC:09 (Our Ref. 36333-407)

Re:    U.S. Trademark Reg. No. 2,562,455 MISCELLANEOUS DESIGN (FACE OF GRADUATE DESIGN) IC:09 (Our Ref. 36333-407)



Dear Ms. Crites:

Attached is our correspondence in connection with the above-identified matter.

Should you have any questions, please do not hesitate to contact us.

Best regards,

Shannon Thrash | Assistant
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Ave., NW, Suite 900 | Washington, DC 20004
Direct: (202) 434-7410 | Fax: (202) 434-7400
E-mail: SKThrash@mintz.com
Web: www.mintz.com

MINTZ LEVIN
Mintz Levin Cohn Ferris Glovsky and Popeo PC.

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments
to this message are intended for the exclusive use of the addressee(s)
and may contain confidential or privileged information. If you are not
the intended recipient, or the person responsible for delivering the
e-mail to the intended recipient, be advised you have received this
message in error and that any use, dissemination, forwarding, printing,
or copying is strictly prohibited. Please notify Mintz, Levin, Cohn,
Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at
DirectorofIT@Mintz.com, and destroy all copies of this message and any
attachments. You will be reimbursed for reasonable costs incurred in
notifying us

From: **T Schwartz** tschwartz@designtank.com
Subject: Re: U.S. Trademark Reg. No. 2,562,455 MISCELLANEOUS DESIGN (FACE OF GRADUATE DESIGN) IC:09 (Our Ref. 36333-407)
Date: April 13, 2011 at 11:32 AM
To: telecomics@aol.com

Yes, I think so. I am still trying to get my main computer and my laptop and all the drives and printers set up at the office to pull the royalty data and get on the Internet somehow there, but this stuff I can get from the files etc.

I'll call you at 10 am Pacific time

See More from Telecomics@aol.com

From: **T Schwartz** tschwartz@designtank.com
Subject: Re: U.S. Trademark Reg. No. 2,562,455 MISCELLANEOUS DESIGN (FACE OF GRADUATE DESIGN) IC:09 (Our Ref. 36333-407)
Date: April 13, 2011 at 1:28 PM
To: telecomics@aol.com
Cc: SKThrash@mintz.com, tim@designtank.com

## THE BILINGUAL AND BARCODED LASER VIDEODISC



DRAW *AND* COLOR
FUNNY DOODLES
*INCLUDING* THE FUNNY WORKBOOK
™

Deluxe School Set............................$249.00
( Price includes Shipping and Handling )

### Fred Lasswell Inc.

1111 N. Westshore Blvd., Suite 604, Tampa, FL 33607-4701
(813) 289-4486    Fax (813) 286-3093

## EXCITING CLASSROOM FUN FOR GRADES K TO 6

always know
which side
you're on !!



love **uncle fred**

Draw and Color
**FUNNY DOODLES**
with Uncle Fred

AN EXCITING LASER VIDEODISC
for Grades K to 6
Bilingual and Barcoded
in English and Spanish

Fred Lasswell, Inc.
1111 North Westshore Blvd. Suite 604
Tampa, FL 33607 - 4701
( 813 ) 289 4486    FAX ( 813 ) 286 3093



© 1991 FRED LASSWELL, INC.



© 1991 FRED LASSWELL, INC.



# CONGRATULATIONS

YOU HAVE COMPLETED
YOUR CARTOONYS WITH UNCLE FRED
**AND HAVE PASSED**











# DRAW
### AND COLOR
## FUNNY
## DOODLES
#### WITH
### UNCLE FRED



© 1992 FRED LASSWELL, INC.



From: Telecomics@aol.com
Subject: Re: U.S. Trademark Reg. No. 2,562,455 MISCELLANEOUS DESIGN (FACE OF GRADUATE DESIGN) IC:09 (Our Ref. 36333-407)
Date: April 13, 2011 at 2:01 PM
To: tschwartz@designtank.com

Tim please take a photograph of the newer artwork for the **dvd covers.**
**You will need to take a picture of the actual item in its case with the Uncle Fred Graduation hat**
so we can submit those instead of the barcoded laser videodisc.
We have to show CURRENT use. I'm not sure but I don't think we have used the laser videodiscs lately.

See More from T Schwartz

=

From: Telecomics@aol.com
Subject: Re: U.S. Trademark Reg. No. 2,562,455 MISCELLANEOUS DESIGN (FACE OF GRADUATE DESIGN) IC:09 (Our Ref. 36333-407)
Date: April 13, 2011 at 2:04 PM
To: SKThrash@mintz.com, tim@designtank.com

Tim please take a photograph of the the dvd in its case so we can submit a picture of the actual article.
I seem to remember that the actual dvd itself also has the little logo with the graduation hat. Please advise.
I'd like to submit the photographs as opposed to the barcode card. Please e-mail me with confirmation

See More from T Schwartz

=

From: Telecomics@aol.com
Subject: Re: Cartoony Party DVD cover
Date: April 13, 2011 at 5:30 PM
To: tschwartz@designtank.com

OK please fix both of these for Teacher's Edition.


-----Original Message-----
From: T Schwartz <tschwartz@designtank.com>
To: Pati Slesinger <telecomics@aol.com>
Sent: Wed, Apr 13, 2011 1:30 pm
Subject: Cartoony Party DVD cover

From: **T Schwartz** tschwartz@designtank.com
Subject: DVD pix
Date: April 14, 2011 at 10:47 AM
To: **josi kat** josithekat@yahoo.com, **Pati Slesinger** telecomics@aol.com

These are what I sent to Mintz. I used the Far-Out Pets, instead of A Cartoony Party because I had a blue case.







**From:** **T Schwartz** tschwartz@designtank.com

**Subject:** Cartoony Party DVD cover

**Date:** April 13, 2011 at 4:30 PM

**To:** Pati Slesinger telecomics@aol.com



From: Telecomics@aol.com
Subject: Re: DVD pix
Date: April 14, 2011 at 5:41 PM
To: tschwartz@designtank.com, ASkale@mintz.com

Andrew can you make sure that this is sent to the trademark office for the renewal of the Uncle Fred Graduation Cap logo that is used on the Uncle Fred DVD's and other instructional materials.

See More from T Schwartz

=

From: **Skale, Andrew** ADSkale@mintz.com
Subject: RE: DVD pix
Date: April 14, 2011 at 5:50 PM
To: telecomics@aol.com, tschwartz@designtank.com
Cc: **Dib, Jacobo** JDDib@mintz.com

Will do. The DVD looks fun – my kids would love it. Where is the best place to order it?

**From:** telecomics@aol.com [mailto:telecomics@aol.com]
**Sent:** Thursday, April 14, 2011 2:41 PM
**To:** tschwartz@designtank.com; Skale, Andrew
**Subject:** Re: DVD pix

Andrew can you make sure that this is sent to the trademark office for the renewal of the Uncle Fred Graduation Cap logo that is used on the Uncle Fred DVD's and other instructional materials.


-----Original Message-----
From: T Schwartz <tschwartz@designtank.com>
To: josi kat <josithekat@yahoo.com>; Pati Slesinger <telecomics@aol.com>
Sent: Thu, Apr 14, 2011 7:47 am
Subject: DVD pix

These are what I sent to Mintz. I used the Far-Out Pets, instead of A Cartoony Party because I had a blue case.





=

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.


STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at DirectorofIT@Mintz.com, and destroy all copies of this message and any

From: **T Schwartz** tschwartz@designtank.com
Subject: Re: DVD pix
Date: April 14, 2011 at 6:12 PM
To: **Skale, Andrew** ADSkale@mintz.com
Cc: telecomics@aol.com, **Dib, Jacobo** JDDib@mintz.com

Cartoonys.com

**See More** from Skale, Andrew