# EXHIBIT 11

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2562455 |
| **REGISTRATION DATE** | 04/16/2002 |
| **SERIAL NUMBER** | 76075105 |
| **MARK SECTION** | |
| **MARK** | Miscellaneous Mark (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Andrew D. Skale |
| **FIRM NAME** | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND |
| **INTERNAL ADDRESS** | 3580 CARMEL MOUNTAIN ROAD |
| **STREET** | SUITE 300 |
| **CITY** | SAN DIEGO |
| **STATE** | California |
| **POSTAL CODE** | 92130 |
| **COUNTRY** | United States |
| **PHONE** | (858)314-1506 |
| **FAX** | (858)314-1501 |
| **EMAIL** | adskale@mintz.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Andrew D. Skale |
| **FIRM NAME** | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND |
| **INTERNAL ADDRESS** | 3580 CARMEL MOUNTAIN ROAD |
| **STREET** | SUITE 300 |
| **CITY** | SAN DIEGO |
| **STATE** | California |
| **POSTAL CODE** | 92130 |
| **COUNTRY** | United States |
| **PHONE** | (858)314-1506 |
| **FAX** | (858)314-1501 |
| **EMAIL** | adskale@mintz.com |

| | |
|---|---|
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 36333-407 |
| OTHER APPOINTED ATTORNEY | Susan Neuberger Weller, Rosemary M. Allen, Heidi F. Aston, Christine M. Baker, Ingrid A. Beattie, Emma Bevan, James P. Cleary, Joseph Corselli, Sean M. Coughlin, Paul Cronin, Micha Danzig, John M. Delehanty, Joseph DiCioccio, Samiyah Diaz, Ivor R. Elrifi, Heidi A. Erlacher, Eugene Feher, Richard G. Gervase, Jr., Marvin S. Gittes, John Giust, Jeremy Glaser, Geri Haight, James C. Hall, Fred C. Hernandez, Brian P. Hopkins, Lillian Horwitz, David E. Johnson, Jennifer Karnakis, Cynthia A. Kozakiewicz, Carl A. Kukkonen III, Muriel M. Liberto, Boris A. Matvenko, A. Jason Mirabito, James S. Nolan, Christopher Olson, Jonathan M. Passner, Matthew Pavao, Carol H. Peters, Ido Rabinovitch, Brad M. Scheller, Andrew Skale, Timur Slonim, Sheridan K. Snedden, Peter F. Snell, Christina K. Stock, Pedro Suarez, Kyle Turley, Michael Van Loy, and all attorneys with the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |

## CORRESPONDENCE SECTION (current)

| | |
|---|---|
| NAME | ANDREW D. SKALE |
| FIRM NAME | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND |
| INTERNAL ADDRESS | 3580 CARMEL MOUNTAIN ROAD |
| STREET | SUITE 300 |
| CITY | SAN DIEGO |
| STATE | California |
| POSTAL CODE | 92130 |
| COUNTRY | United States |
| PHONE | (858)314-1506 |
| FAX | (858)314-1501 |
| EMAIL | adskale@mintz.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## CORRESPONDENCE SECTION (proposed)

| | |
|---|---|
| NAME | ANDREW D. SKALE |
| FIRM NAME | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND |
| INTERNAL ADDRESS | 3580 CARMEL MOUNTAIN ROAD |
| STREET | SUITE 300 |
| CITY | SAN DIEGO |
| STATE | California |
| POSTAL CODE | 92130 |
| COUNTRY | United States |
| PHONE | (858)314-1506 |
| FAX | (858)314-1501 |
| EMAIL | adskale@mintz.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 36333-407 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 009 |
| GOODS OR SERVICES | pre-recorded DVDs on the subject of art education |
| SPECIMEN FILE NAME(S) | TICRS EXPORT11 IMAGEOUT 11 760 751 76075105 xml1 S890002.JPG |
| | TICRS EXPORT11 IMAGEOUT 11 760 751 76075105 xml1 S890003.JPG |
| | TICRS EXPORT11 IMAGEOUT 11 760 751 76075105 xml1 S890004.JPG |
| | TICRS EXPORT11 IMAGEOUT 11 760 751 76075105 xml1 S890005.JPG |
| | TICRS EXPORT11 IMAGEOUT 11 760 751 76075105 xml1 S890006.JPG |
| SPECIMEN DESCRIPTION | Product pictures |

## OWNER SECTION (current)

| | |
|---|---|
| NAME | Fred Lasswell, Inc. |
| STREET | 1111 North Westshore Boulevard |
| CITY | Tampa |
| STATE | Florida |
| ZIP/POSTAL CODE | 33607 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Florida |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATORY FILE NAME(S) | TICRS EXPORT11 IMAGEOUT 11 760 751 76075105 xml1 S890007.JPG |
| SIGNATORY'S NAME | Josi Crites |
| SIGNATORY'S POSITION | Corporate Sales Director |
| PAYMENT METHOD | CC |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Thu May 12 15:15:35 EDT 2011 |
| TEAS STAMP | USPTO/S08N09-XX.XX.XXX.X-20110512151535674841-2562455-4804164479398b377382b6945327ac8a33-CC-1577-201 |

10512151318253081

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2562455
**REGISTRATION DATE:** 04/16/2002

**MARK:** (Stylized and/or with Design, Miscellaneous Mark)

The owner, Fred Lasswell, Inc., a corporation of Florida, having an address of
1111 North Westshore Boulevard
Tampa, Florida 33607
United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, the mark is in use in commerce on or in connection with all goods or services listed in the existing registration for this specific class: pre-recorded DVDs on the subject of art education ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one specimen showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Product pictures.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

The registrant's current Attorney Information: Andrew D. Skale of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
3580 CARMEL MOUNTAIN ROAD
SUITE 300
SAN DIEGO, California (CA) 92130
United States (USX)

The registrant's proposed Attorney Information: Andrew D. Skale of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
3580 CARMEL MOUNTAIN ROAD
SUITE 300
SAN DIEGO, California (CA) 92130
United States (USX)
The docket/reference number is 36333-407.

The phone number is (858)314-1506.

The fax number is (858)314-1501.

The email address is adskale@mintz.com.
The registrant's current Correspondence Information: ANDREW D. SKALE of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
3580 CARMEL MOUNTAIN ROAD
SUITE 300
SAN DIEGO, California (CA) 92130
United States (USX)

The registrant's proposed Correspondence Information: ANDREW D. SKALE of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
3580 CARMEL MOUNTAIN ROAD
SUITE 300
SAN DIEGO, California (CA) 92130
United States (USX)
The docket/reference number is 36333-407.

The phone number is (858)314-1506.

The fax number is (858)314-1501.

The email address is adskale@mintz.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

Signature:
Signatory's Name: Josi Crites
Signatory's Position: Corporate Sales Director

Mailing Address (**current**):
  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
  SUITE 300
  SAN DIEGO, California 92130

Mailing Address (**proposed**):
  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
  SUITE 300
  SAN DIEGO, California 92130

Serial Number: 76075105
Internet Transmission Date: Thu May 12 15:15:35 EDT 2011
TEAS Stamp: USPTO/S08N09-XX.XX.XXX.X-201105121515356
74841-2562455-4804164479398b377382b69453
27ac8a33-CC-1577-20110512151318253081





# always know which side you're on !!

love  uncle fred

Draw and Color
**FUNNY DOODLES**
with Uncle Fred

AN EXCITING LASER VIDEODISC
for Grades K to 6
Bilingual and Barcoded
in English and Spanish

Fred Lasswell, Inc.
1111 North Westshore Blvd. Suite 604
Tampa, FL 33607 - 4701
(813) 289 4486  FAX (813) 286 3093

     



# DRAW AND COLOR FUNNY DOODLES

## WITH UNCLE FRED

### LASER VIDEODISC

© 1992 FRED LASSWELL, INC.

**THE BILINGUAL AND BARCODED LASER VIDEODISC**



Deluxe School Set..............................$249.00
( Price includes Shipping and Handling )

**Fred Lasswell Inc.**
1111 N. Westshore Blvd., Suite 604, Tampa, FL 33607-4701
(813) 289-4486   Fax (813) 286-3093

**EXCITING CLASSROOM FUN FOR GRADES K TO 6**

# Declaration

## Section 8: Declaration of Use in Commerce
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

## Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature Section

Signature: *[signed]*
Date: 5-12-11
Signatory's Name: Josi Ceites
Signatory's Position: Corporate Sales Director

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page must include both the signature information and the boilerplate declaration language. Do not include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable.* If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 2562455

**Serial Number:** 76075105

**RAM Sale Number:** 1577

**RAM Accounting Date:** 20110513

**Total Fees:** $500

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20110512 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20110512 | $400 | 1 | 1 | $400 |

**Physical Location:** 900 - FILE REPOSITORY (FRANCONIA)

**Lost Case Flag:** False

**In TICRS (AM-FLG-IN-TICRS):** True

**Transaction Date:** 20110512

