# EXHIBIT 12

From: **T Schwartz** tschwartz@designtank.com
Subject: **Re: Fred Lasswell**
 Date: **January 18, 2011 at 3:31 PM**
  To: **Andres Prida** aprida@pridacpas.com
  Cc: Telecomics@aol.com, **Sharon Loya** loyasharon@yahoo.com, **josi kat** josithekat@gmail.com



---

## 2010 SALES INFO FOR FRED LASSWELL, INC.

| | |
|---|---|
| **NON-FLORIDA** | $2035.07 |
| **FLORIDA** | $382.00 |
| **GROSS** | $2,442.73 |

**TAX COLLECTED**    $25.66  (382 x 7.5% = $25.66)


On Jan 18, 2011, at 7:44 AM, Andres Prida wrote:

> I need the information to complete the sales for Fred Lasswell today. The return is due the 20th of January.
>
> Thanks
>
> Andres S. Prida, CPA
> Prida Guida & Company, P.A.
> 1106 North Franklin St.
> Tampa, FL 33602
>
> Phone:    813-226-6091
> Fax:      813-229-7754
>
> aprida@pridacpas.com
>
>
> U.S. Treasury Department Circular 230 Disclosure: Any tax advice included in this written or electronic communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency
>
> This e-mail may include information and/or attachments that are confidential and/or subject to the accountant/client privilege. If the reader of this message is not the intended recipient, please notify us immediately by reply e-mail, then delete this message and any attachments and destroy any copies. This transmission is not intended to and does not waive any privileges.



From: **T Schwartz** tim@designtank.com
Subject: Re: FL Sales
  Date: March 21, 2012 at 5:16 PM
    To: Andres Prida aprida@pridacpas.com

Andres·

Here are all the Total Receipts for videos, etc.:

| Sales | Florida | $159 | |
|-------|---------|---------|---------|
| | Other | $788.50 | $947.50 |
| Shipping | | | $343.00 |
| Tax | | | $11.96 |

On Wed, Mar 21, 2012 at 11:40 AM, Andres Prida <aprida@pridacpas.com> wrote:

I also need the total sales to report even if not subject to sales tax.


Andres S. Prida, CPA

Prida Guida & Company, P.A.

1106 North Franklin St.

Tampa, FL 33602


Phone:    813-226-6091

Fax:      813-222-7754


aprida@pridacpas.com


U.S. Treasury Department Circular 230 Disclosure:  Any tax advice included in this written or electronic communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency

This e-mail may include information and/or attachments that are confidential and/or subject to the accountant/client privilege.

If the reader of this message is not the intended recipient, please notify us immediately by reply e-mail, then delete this message and any attachments and destroy any copies. This transmission is not intended to and does not waive any privileges.

---

**From:** T Schwartz [mailto:tschwartz@designtank.com]
**Sent:** Wednesday, March 21, 2012 10:02 AM
**To:** Andres Prida
**Cc:** j c; Sharon Loya
**Subject:** FL Sales

Andres·

Here are the figures for 2011 Florida sales

2011 FLORIDA SALES:      $159.00

FLA TAX COLLECTED:       $11.96

On Mar 20, 2012, at 10:52 PM, Andres Prida wrote:

Thanks

Andres S. Prida, CPA

Prida Guida & Company, P.A.

1106 North Franklin St.

Tampa, FL 33602

Phone:      813-226-6091

Fax:        813-229-7754

aprida@pridacpas.com

U.S. Treasury Department Circular 230 Disclosure:   Any tax advice included in this written or electronic communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency

This e-mail may include information and/or attachments that are confidential and/or subject to the accountant/client privilege. If the reader of this message is not the intended recipient, please notify us immediately by reply e-mail, then delete this message and any attachments and destroy any copies. This transmission is not intended to and does not waive any privileges.

---

**From:** T Schwartz [mailto:tschwartz@designtank.com]
**Sent:** Tuesday, March 20, 2012 10:52 PM
**To:** Andres Prida
**Cc:** Sharon Loya; j c
**Subject:** Re: Fred Lasswell

I will have that for you Wed.

Thanks-

Tim

On Mar 20, 2012, at 10:38 PM, Andres Prida wrote:

Sharon,

Know that I'm thinking about the sales tax. I believe Tim is handling the sales for Fred Lasswell Inc.

Know that I in thinking about the sales tax, I believe Tim is handling the sales for Fred Lasswell, Inc.

Tim,

Can you send me a schedule of the sales that Fred Lasswell had for 2011 and the total Florida sales tax collected.

Thanks

Andres S. Prida, CPA

Prida Guida & Company, P.A.

1106 North Franklin St.

Tampa, FL 33602


Phone:    813-226-6091                                      .

Fax:      813-229-7754


aprida@pridacpas.com

U.S. Treasury Department Circular 230 Disclosure: Any tax advice included in this written or electronic communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency

This e-mail may include information and/or attachments that are confidential and/or subject to the accountant/client privilege.
If the reader of this message is not the intended recipient, please notify us immediately by reply e-mail, then delete this message and any attachments and destroy any copies. This transmission is not intended to and does not waive any privileges.

_____

**From:** Sharon Loya [mailto:loyasharon@yahoo.com]
**Sent:** Monday, March 19, 2012 7:10 PM
**To:** Andres Prida; Josi.crites
**Subject:** Re: Fred Lasswell

Andres,

I don't know of any sales of Fred Lasswell, maybe Josi has info on this, re Florida sales, do you mean what royalties came in for 2011? if yes I can give you that info.

Sharon

_____

**From:** Andres Prida <aprida@pridacpas.com>
**To:** josi kat <josithekat@gmail.com>
**Cc:** Sharon Loya <loyasharon@yahoo.com>
**Sent:** Monday, March 19, 2012 6:59 AM
**Subject:** Fred Lasswell

Josi,

Can you send the total sales that Fred Lasswell, Inc had for 2011? I also need to know the amount of Florida sales collected.

Thanks

Andres S. Prida, CPA

Prida Guida & Company, P.A.

1106 North Franklin St.

Tampa, FL 33602

Phone:     813-276-6091

Fax:       813-204-7754

aprida@pridacpas.com

U.S. Treasury Department Circular 230 Disclosure: Any tax

advice included in this written or electronic communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency

This e-mail may include information and/or attachments that are confidential and/or subject to the accountant/client privilege. If the reader of this message is not the intended recipient, please notify us immediately by reply e-mail, then delete this message and any attachments and destroy any copies. This transmission is not intended to and does not waive any privileges.

From: **Timothy Schwartz** tschwartz@designtank.com
Subject: **Re: Fred Lasswell Sales Tax Return**
  Date: January 16, 2013 at 7:17 PM
   To: Andres Prida aprida@pridacpas.com
   Cc: Pati Slesinger tclecomics@aol.com



## 2012 VIDEO SALES INFO FOR FRED LASSWELL, INC.

| | |
|---|---|
| NON-FLORIDA | $805.00 |
| FLORIDA | $405.50 |
| GROSS | $1210.50 |

TAX COLLECTED          $30.41   (405.5 x 7.5% = $30.41)

On Jan 16, 2013, at 3:16 PM, Andres Prida <aprida@pridacpas.com> wrote:

Tim,

We need to prepare the annual sales tax return for Fred Lasswell, Inc. I need the total sales for 2012 and a break out of sales that occurred in Florida for 2012. The return is due January 20, 2013. Please forward the information as soon as possible.

```
Andres S. Prida, CPA
Prida Guida & Company, P.A.
1106 North Franklin St.
Tampa, FL 33602

Phone:    813-226-6091
Fax:      813-229-7754
```

aprida@pridacpas.com

```
U.S. Treasury Department Circular 230 Disclosure:  Any tax
advice included in this written or electronic communication
(including any attachments) was not intended or written to be
used, and it cannot be used by the taxpayer, for the purpose of
avoiding any penalties that may be imposed on the taxpayer by any
governmental taxing authority or agency
```

```
This e-mail may include information and/or attachments that are
confidential and/or subject to the accountant/client privilege.
If the reader of this message is not the intended recipient,
please notify us immediately by reply e-mail, then delete this
message and any attachments and destroy any copies.  This
transmission is not intended to and does not waive any
privileges.
```

**From:** Virginia Lovett
**Sent:** Wednesday, January 16, 2013 3:15 PM
**To:** Andres Prida
Subject: Fred Lasswell Sales Tax Return

Subject: Fred Lasswell Sales Tax Return

Andres,
Have we received the sales tax return or information for Fred Lasswell?  We should mail it out by Friday.
Thanks,
Virginia

Virginia Lovett
Prida Guida & Company, P.A.
1106 North Franklin St.
Tampa, FL 33602

Phone: 813-226-6091
Fax:      813-229-7754

vlovett@pridacpas.com

U.S. Treasury Department Circular 230 Disclosure:   Any tax advice included in this written or electronic communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency

This e-mail may include information and/or attachments that are confidential and/or subject to the accountant/client privilege. If the reader of this message is not the intended recipient, please notify us immediately by reply e-mail, then delete this message and any attachments and destroy any copies.  This transmission is not intended to and does not waive any privileges.