UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC and GOLDBOOK
LTD,

    Plaintiffs,

v.                                        Case No: 8:17-CV-46-T-27TBM

TIMOTHY SCHWARTZ, DESIGN TANK,
INC. and DOES 1-10,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS MATTER IS** before the Court, *sua sponte*. Upon review of the file, the Court finds that counsel of record for Plaintiffs Lasswell Foundation for Learning and Laughter, Inc. and Fred Laswell, Inc., Andrew D. Skale, and for Defendant Timothy Schwartz, Matthew J. Faust, are not admitted to practice in the Middle District of Florida nor have they applied to appear *pro hac vice* in this case, even after being advised to do so (Dkt. 26). *See* Local Rule 2.02. Therefore, it is

**ORDERED AND ADJUDGED** that within **seven (7) days** of the date of this order, Andrew D. Skale and Matthew J. Faust shall show cause, in writing, why their appearance should not be stricken. Failure to respond to this order will result in counsels' appearance being stricken from the record without further notice from the Court.[1]

**DONE AND ORDERED** this 22nd day of February, 2017.

                                        JAMES D. WHITTEMORE
                                      United States District Judge

Copies to: Counsel of Record

---

[1] It should be noted that the Plaintiffs are corporations and as such cannot appear *pro se. See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel"), *cert. denied*, 474 U.S. 1058 (1986).