**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD., <br><br>    Plaintiffs, <br><br>v. <br><br>TIMOTHY SCHWARTZ, DESIGN TANK, INC., and DOES 1- 10, <br><br>    Defendants. | Case No. 8:17-cv-00046-JDW-TBM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Woodrow H. Pollack of GrayRobinson, P.A. files his appearance as counsel of record for Plaintiffs, Lasswell Foundation for Learning and Laughter, Inc., Fred Lasswell, Inc., Red Ryder Enterprises, Inc., and Goldbook, Ltd. in the above-styled action.

March 1, 2017

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No. 26802
GrayRobinson, P.A.
401 E. Jackson Street
Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (facsimile)
woodrow.pollack@gray-robinson.com

        Andrew D. Skale, *pro hac vice to be submitted*
        (SBN 211096)
        Mintz Legin Cohn Ferris Glovsky & Popeo, PC
        3580 Carmel Mountain Road
        Suite 300
        San Diego, CA 92130
        (858) 314-1500
        (858) 314-1501 (facsimile)
        askale@mintz.com

        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 1, 2017 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Woodrow H. Pollack*
        Woodrow H. Pollack