UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY SCHWARTZ, DESIGN TANK, INC., and DOES 1- 10, <br><br> Defendants. | Case No. 8:17-cv-00046-JDW-TBM |

## MOTION TO WITHDRAW

Pursuant to L.R. 2.03, Greenberg Traurig, LLP and Woodrow H. Pollack, Esquire, as counsel for Plaintiffs, Lasswell Foundation for Learning and Laughter, Inc., Fred Lasswell, Inc., Red Ryder Enterprises, Inc., and Goldbook Ltd, in this above-referenced case, move to withdraw as counsel of record for the following reasons:

Pursuant to Rule 4.1-16(a) of the Florida Rules of Professional Conduct, a lawyer must withdraw from representation of a client if:

    (3)    the lawyer is discharged.

Undersigned has been discharged by Plaintiffs. Undersigned provided notice to Plaintiffs and Defendant at least ten (10) days ago (on July 15, 2017) that undersigned would seek withdrawal. Plaintiffs have informed undersigned that Plaintiffs are engaging replacement local

counsel.

WHEREFORE, Greenberg Traurig, LLP and Woodrow H. Pollack respectfully request that this Court grant their motion to withdraw as counsel and relieve them of any further responsibility as counsel in this matter.

July 25, 2017

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
Greenberg Traurig, LLP
101 E. Kennedy Blvd
Suite 1900
Tampa, FL 33602
(813) 318-5700
(813) 318-5900 (facsimile)
pollackw@gtlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2017 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack