UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY SCHWARTZ, DESIGN TANK, INC., and DOES 1- 10, <br><br> Defendants. | Case No. 8:17-cv-00046-JDW-TBM |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's Order entered on August 1, 2017 [Dkt. 52], undersigned files his Notice of Compliance confirming that he has notified Plaintiffs of the requirements of the Court's Order and provided the Order to all Plaintiffs.

August 2, 2017

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
Greenberg Traurig, LLP
101 E. Kennedy Blvd
Suite 1900
Tampa, FL 33602
(813) 318-5700
(813) 318-5900 (facsimile)
pollackw@gtlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on <u>August 2, 2017</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 <u>*/s/ Woodrow H. Pollack*</u>
                                                 Woodrow H. Pollack