UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

    Plaintiffs,                                     Case No.: 8:17-cv-00046-JDW-TBW

vs.

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned, of the law firm of ROCKE, McLEAN & SBAR, P.A., hereby files this Notice of Appearance as local counsel of record for Plaintiffs, Lasswell Foundation for Learning and Laughter, Inc., Fred Lasswell, Inc., Red Ryder Enterprises, Inc. and Goldbook, Ltd., and requests service copies of all pleadings, notices, papers and other matters filed herein.

                                                               /s/ Jonathan B. Sbar
                                                               Jonathan B. Sbar, Esq. (FBN 131016)
                                                               Email: jsbar@rmslegal.com
                                                               Andrea K. Holder, Esq. (FBN 104756)
                                                               Email: aholder@rmslegal.com
                                                               ROCKE, McLEAN & SBAR, P.A.
                                                               2309 S. MacDill Avenue
                                                               Tampa, FL 33629
                                                               Phone: 813-769-5600
                                                               Fax:    813-769-5601
                                                               Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail on August 18, 2017.

| | |
|---|---|
| Timothy Schwartz<br>5108 W. Longfellow Avenue<br>Tampa, FL 33629<br>Phone: 213-948-3599<br>Email: tsschwartz@gmail.com | Andrew D. Skale, *admitted pro hac vice*<br>Mintz Legin Cohn Ferris Glovsky & Popeo, PC<br>3580 Carmel Mountain Road<br>Suite 300<br>San Diego, CA 92130<br>Phone: 858-314-1500<br>Fax: 858- 314-1501<br>Email: askale@mintz.com<br>Attorneys for Plaintiffs |

/s/ Jonathan B. Sbar
Attorney