UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

      Plaintiffs,                Case No.:  8:17-cv-00046-JDW-TBW

vs.

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

      Defendants.

_____/

## MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER

COME NOW the Plaintiffs, LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD. (Plaintiffs), by and through the undersigned counsel and file this Motion to Modify Case Management and Scheduling Order and states as follows:

1.      This case arises from Plaintiffs' claims against the Defendants in the Amended Complaint for Cybersquatting, Trademark Infringement, Copyright Infringement, Common Law Unfair Competition, Unfair Competition under California Code, Conversion, Breach of Contract, and Fraud. (See Doc. No. 5).

2.      This case was transferred from the Southern District of California to the Middle District of Florida on January 10, 2017. (Doc. Nos. 23, 24, 25).

3.      Defendant, Timothy Schwartz, filed his Answer and Affirmative Defenses on February 15, 2017. (Doc. No. 31).

4. The Case Management Report was filed on April 5, 2017 (Doc. No. 49), and this Court entered its Scheduling Order on May 2, 2017 (Doc. No. 50).

5. Since that time, there has been no activity in this case, but for the withdrawal of local counsel for the Plaintiffs, (Doc. Nos. 51, 52, 53), and addition of new local counsel for the Plaintiffs on August 18, 2017. (Doc. No. 54).

6. In reviewing the docket, it is clear that almost four months have passed since the entry of the Case Management and Scheduling Order, without significant activity from any of the parties.

7. Pursuant to the Federal Rules of Civil Procedure and Middle District Local Rules, discovery deadlines may be extended upon a showing of good cause. Fed. R. Civ. P. 16(b); Local Rule 3.09(a), M.D. Fla. District courts have broad discretion in managing their cases. *Abdullah v. City of Jacksonville*, 242 F. App'x 661, 664 (11th Cir. 2007). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("At the heart of this case is the authority of the district court to control the pace of litigation before it. At the outset, we stress the broad discretion district courts have in managing their cases.").

8. The Court has broad discretion to extend the case management deadlines within the Case Management and Scheduling Order. In light of new local counsel appearing for the Plaintiffs, good cause exists for an extension of all deadlines to allow the Parties to engage in the discovery process. The Parties request a one hundred and twenty (120) day extension of all deadlines, including the dispositive motion deadline.

9. One hundred and twenty day extension of all deadlines allows for this case to be set for trial in November of 2018, which is twenty-two (22) months from the filing of the case in

this district (and even less from the February 15, 2017 answer date) and within the prescribed timeframes set forth in the Middle District Local Rules.

10.     The Plaintiffs do not seek the requested extension for an improper purpose, and the extensions will not prejudice either party. Rather, the Parties will suffer prejudice if not permitted an opportunity to engage in full discovery as to this information.

**WHEREFORE,** the Plaintiffs respectfully request that the Court grant the Motion to Modify Case Management and Scheduling Order and extend all deadlines by one hundred and twenty (120) days, and for such other or further relief that the Court may deem just and appropriate.

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)</u>

The undersigned hereby certifies that counsel has attempted conferral on this Motion with Timothy Schwartz by phone and email but he has failed to respond to either.

/s/ Jonathan B. Sbar_____
Jonathan B. Sbar, Esq. (FBN 131016)
Email:  jsbar@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email:  aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Phone:  813-769-5600
Fax:     813-769-5601
Attorneys for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following by Electronic Mail on September 22, 2017.

Timothy Schwartz
5108 W. Longfellow Avenue
Tampa, FL  33629
Phone:  213-948-3599
Email:  tsschwartz@gmail.com

Andrew D. Skale, *admitted pro hac vice*
Mintz Legin Cohn Ferris Glovsky & Popeo, PC
3580 Carmel Mountain Road
Suite 300
San Diego, CA  92130
Phone:  858-314-1500
Fax:     858- 314-1501
Email:  askale@mintz.com
Attorneys for Plaintiffs


/s/ Jonathan B. Sbar
Attorney