UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC. and FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD.,<br><br>    Plaintiffs,<br> vs.<br><br>TIMOTHY SCHWARTZ; DESIGN TANK, INC.; ROBERT SCHWARTZ; JOHN SCHWARTZ; ROSE ANN FULLER SCHWARTZ; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:17-cv-00046-JDW-TBM |

**PLAINTIFFS' INITIAL DISCLOSURES AND DISCLOSURE OF NON-EXPERT WITNESSES PURSUANT TO COURT ORDER (DOCKET NO. 50)**

Lasswell Foundation for Learning and Laughter, Inc., Fred Lasswell, Inc., Red Ryder Enterprises, Inc., and Goldbook Ltd. (collectively, "Plaintiffs"), upon a reasonable good faith inquiry into information available to it, makes its Initial Disclosures of Non-Expert Witnesses under FRCP 26(a)(1)(A) and the Court's scheduling order.  Plaintiffs have not yet conducted discovery, and makes this disclosure and the descriptions of anticipated testimony based on its current understanding, and reserves the right to modify, supplement or correct these disclosures and descriptions as the case progresses and its understanding of the relevant documents and persons come to light, and makes no representation that it has identified every witness possibly relevant to this case.  All information provided herein is provided pursuant to such reservation.

a. **Non-Expert Testifying Witnesses and Individuals Likely to Have Discoverable Information.**

Plaintiffs reserve the right to call or supplement its lists with those persons identified by Defendants in its initial disclosures, and incorporates by reference those non-Plaintiffs employees identified by Defendants.  Party witnesses are represented by counsel for Plaintiffs and cannot be contacted directly.  Pursuant to FRCP 26(a)(1)(A) and the Court's Order, Plaintiffs identify the following:

| *Witness* | *Anticipated Testimony*[1] |
|---|---|
| Andreas Priebus – Accountant c/o Mintz Levin Ferris Glovsky & Popeo, | Andreas Priebus will testify about his experience and interaction with Mr. |

---

[1]  The anticipated testimony is representative and non-exhaustive and Plaintiffs reserve the right to modify, add, detract or otherwise change the areas of testimony for each identified person.

| Witness | Anticipated Testimony[1] |
|---|---|
| P.C.<br>5830 Carmel Mountain Rd. Ste 300<br>San Diego, CA 92130<br>(858) 314-1500 | Schwartz as well as Mr. Schwartz's non-employee role and wrongful conduct including but not limited to wrongful possession of Plaintiff's home. |
| Wendy Bocardo<br>c/o Mintz Levin Ferris Glovsky & Popeo, P.C.<br>5830 Carmel Mountain Rd. Ste 300<br>San Diego, CA 92130<br>(858) 314-1500 | Wendy Bocardo will testify to her experience and interaction with Mr. Schwartz as well as the condition of the office at the Lasswell home and other circumstantial evidence of intellectual and personal property theft and other wrongful conduct. |
| Gladys Bocardo<br>c/o Mintz Levin Ferris Glovsky & Popeo, P.C.<br>5830 Carmel Mountain Rd. Ste 300<br>San Diego, CA 92130<br>(858) 314-1500 | Gladys Bocardo will testify about her experience and interaction with Mr. Schwartz and as to the condition of the office at the Lasswell home and other circumstantial evidence of intellectual and personal property theft and other wrongful conduct. |
| Keith Krasnove<br>c/o Mintz Levin Ferris Glovsky & Popeo, P.C.<br>5830 Carmel Mountain Rd. Ste 300<br>San Diego, CA 92130<br>(858) 314-1500 | Keith Krasnove will testify as to his investigation of Timothy Schwartz pertaining to this matter. |
| Brian Reschke<br>c/o Mintz Levin Ferris Glovsky & Popeo, P.C.<br>5830 Carmel Mountain Rd. Ste 300<br>San Diego, CA 92130<br>(858) 314-1500 | Brian Reschke will testify as to his investigation of Timothy Schwartz pertaining to this matter. |
| Timothy Schwartz<br>5108 Longfellow Ave,<br>Tampa, FL 33629 | Timothy Schwartz will testify as to his theft of intellectual property from the Lasswell home and other wrongful conduct. |
| John Schwartz – Father of Timothy Schwartz<br>1711 Mary Ln,<br>Olney, IL 62450 | John Schwartz will testify to his conspiring and aiding and abetting of Timothy Schwartz' theft from the Lasswell home. |
| Rose Ann Fuller Schwartz – Mother of Timothy Schwartz<br>1711 Mary Ln,<br>Olney, IL 62450 | Rose Ann Fuller Schwartz will testify to her conspiring and aiding and abetting of Timothy Schwartz' theft from the Lasswell home. |

| *Witness* | *Anticipated Testimony*[1/] |
|---|---|
| Robert Schwartz – Brother of Timothy Schwartz<br>610 Bristle Lake Circle,<br>Brownsburg, Indiana 46112 | Robert Schwartz will testify to his conspiring and aiding and abetting of Timothy Schwartz' theft from the Lasswell home. |
| Charlie DelVali –Neighbor of subject home<br><br>5830 Carmel Mountain Rd. Ste 300<br>San Diego, CA 92130<br>(858) 314-1500 | Charlie DelVali will testify as to his experience and interaction with Mr. Schwartz surrounding the theft of intellectual and personal property from the Lasswell home. |
| Patricia Slesinger<br>c/o Mintz Levin Ferris Glovsky & Popeo, P.C.<br>5830 Carmel Mountain Rd. Ste 300<br>San Diego, CA 92130<br>(858) 314-1500 | Plaintiff will testify as to circumstantial and direct evidence of Defendants' fraud, conspiracy, and theft. |

Plaintiffs reserve the right to designate additional witnesses as ascertained during its investigation and further discovery related to this suit.

Dated:  April 23, 2018          By  *s/Jonathan B. Sbar*
                                    Jonathan B. Sbar, Esq.
                                    FBN 131016
                                    Andrea K. Holder, Esq.
                                    FBN 104756
                                    ROCKE, McLEAN & SBAR, P.A.
                                    2309 S. MacDill Avenue
                                    Tampa, FL 33629
                                    (813) 769-5600 Telephone
                                    (813) 769-5601 Facsimile
                                    aholder@rmslegal.com
                                    jsbar@rmslegal.com

                                    Attorneys for Plaintiffs

Dated: April 23, 2018        By *s/Andrew Skale*
                             Andrew Skale, Esq. (*pro hac vice*)
                             Ben L. Wagner, Esq. (of counsel)
                             MINTZ LEVIN COHN FERRIS
                              GLOVSKY AND POPEO PC
                             3580 Carmel Mountain Road, Suite 300
                             San Diego, CA 92130
                             adskale@mintz.com
                             bwagner@mintz.com
                             (858) 314-1500 Telephone
                             (858) 314-1501 Facsimile

                             Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On April 23, 2018, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

Executed on April 23, 2018, at San Diego, California.

                                           */s/ Andrew Skale*
                                           Andrew Skale, Esq.