UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD., <br><br> Plaintiffs, <br> vs. <br><br> TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:17-cv-46-T-27CPT <br><br> The Hon. James D. Whittemore <br> Courtroom 13B <br><br> Magistrate Judge Christopher P. Tuite |

## LOCAL RULE 3.09(B) NOTICE RE INCOMPLETE DISCOVERY AS BASIS FOR CONTINUANCE OF TRIAL AND RELATED DATES

Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. ("Mintz Levin") is counsel of record for Plaintiffs LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK LTD ("Plaintiffs")

This Notice to advise the Court that Plaintiffs desire to take additional discovery related to this matter, including in the form of depositions of Defendants and certain related third parties. The parties are also part of a companion state case, where discovery may still be taken and is being taken. Counsel in that state court matter are exchanging dates for depositions presently. In addition, Plaintiffs have taken written discovery in this case during the discovery period. Defendants have taken no discovery in this case so as to put on their defense at trial, and are *pro se* in this federal case (although represented in the state case).

1

To allow both parties to complete additional discovery, this Notice is given pursuant to Local Rule 3.09(b).

Dated:  September 6, 2018          By  *s/Andrew D. Skale*
                                       Andrew D. Skale (*Pro Hac Vice*)
                                       Ben L. Wagner (of counsel)
                                       MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
                                       3580 Carmel Mountain Road, Suite 300
                                       San Diego, CA 92130
                                       Telephone:  (858) 314-1500
                                       Facsimile:   (858) 314-1501
                                       askale@mintz.com
                                       bwagner@mintz.com

                                       Co-Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On September 6, 2018, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

- Jonathan B. Sbar, Esq., jsbar@rmslegal.com

Executed on September 6, 2018, at San Diego, California.

*s/Andrew D. Skale*
Andrew D. Skale (*Pro Hac Vice*)

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, my business address is Mintz Levin Cohn Ferris Glovsky and Popeo PC, 3580 Carmel Mountain Road, Suite 300, San Diego, CA 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On September 6, 2018, I caused a copy of the following document:

**LOCAL RULE 3.09(B) NOTICE RE INCOMPLETE DISCOVERY AS BASIS FOR CONTINUANCE OF TRIAL AND RELATED DATES**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Timothy Schwartz  *Pro Se*
5108 W. Longfellow Avenue
Tampa, FL  33629
Email: tsschwartz@gmail.com

[XX] **MAIL:** Such correspondence was deposited, postage fully paid, with the U.S. Postal Service on the same day in the ordinary course of business.

[XX] **EMAIL:** I caused the documents to be sent to the persons at the email address listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the above is true and correct.  Executed on September 6, 2018, at San Diego, California.  I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

_____
Kelly E. Jenckes