UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD.,

Plaintiffs,

vs.

TIMOTHY SCHWARTZ; DESIGN TANK, INC.; and DOES 1-10, inclusive,

Defendants.

Case No. 8:17-cv-46-T-27CPT

The Hon. James D. Whittemore
Courtroom 13B

Magistrate Judge Christopher P. Tuite

**DECLARATION OF ANDREW D. SKALE IN SUPPORT OF MINTZ LEVIN'S L.R. 2.03(b) MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND INCORPORATED MEMORANDUM OF LAW**

I, ANDREW D. SKALE, DECLARE:

1. I am an attorney at law duly licensed to practice law in the State of California and am admitted *pro hac vice* in the United States District Court for the Middle District of Florida. I am member of the law firm Mintz Cohn Ferris Glovsky and Popeo, PC, attorneys of record for Plaintiffs LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK LTD. ("Plaintiffs"). I am readily familiar with the facts in this matter and if called as a witness to testify, could competently do so.

2. Mintz Levin has been counsel of record to one or more of Plaintiffs or affiliated persons or entities for over a decade. Thus, this Motion does not come without substantial prior

discussion, efforts to avert the necessity of its filing and caution. Withdrawal is necessitated nonetheless by professional considerations.

3. Withdrawal in this matter is warranted. Plaintiffs' insisted actions for this suit are in fundamental disagreement with Mintz Levin. In addition, Plaintiffs have substantially failed to fulfill one of the most important obligations regarding Mintz Levin's services and have been given reasonable warning that Mintz Levin will withdraw unless the obligation is fulfilled. Also, the continued representation by Mintz Levin will result in an unreasonable financial burden on Mintz Levin and has been rendered unreasonably difficult by the Plaintiffs.

4. I reasonably believe there be no prejudice here from the withdrawal.

5. A long notification of this motion for withdrawal has been given. Based on the discussions of Plaintiffs and Mintz Levin for some time leading up to it, Plaintiffs were advised by Mintz Levin in writing in late May 2018 that a motion to withdraw would be filed as early as June 20, 2018 absent stipulated withdrawal. That date was extended as an accommodation to July 30, and is now being filed on September 6, 2018. This is more than three months to locate additional counsel to existing co-counsel, if desired.

6. The dispute between the parties has been largely litigated in the companion Florida state case (13th Jud. Cir. For Hillsborough County Case No. 16-CA-011624 *et seq*.). The issues and facts in the two cases overlap. Plaintiffs' Florida co-counsel in this federal action since August 18, 2017 has also been the sole counsel in the state case. That case shares both Timothy Schwartz and parties that overlap or are affiliated with the Plaintiffs in this case.

7. Substantial discovery has taken place and is ongoing in that state case, where both parties are represented by counsel.

8. Upon withdrawal, Plaintiffs will continue to have counsel, as Florida counsel remains counsel of record in this case.

9. This declaration is limited in detail by the ABA's recommended guidance on the level of detail to include in motions to withdraw. However, as the ABA recommends, I am prepared to provide additional further details in camera to the Court in order protect the attorney-client privilege, in the event the Court so desires.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this September 7, 2018, at San Diego, California.

________________________________

Andrew D. Skale

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On September 7, 2018, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

- Jonathan B. Sbar, Esq., jsbar@rmslega.com; mlamoureaux@rmslegal.com

Executed on September 7, 2018, at San Diego, California.

*s/Andrew D. Skale*
Andrew D. Skale (*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, my business address is Mintz Levin Cohn Ferris Glovsky and Popeo PC, 3580 Carmel Mountain Road, Suite 300, San Diego, CA 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On September 7, 2018, I caused a copy of the following document:

**DECLARATION OF ANDREW D. SKALE IN SUPPORT OF MINTZ LEVIN'S L.R. 2.03(b) MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND INCORPORATED MEMORANDUM OF LAW**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Timothy Schwartz<br>5108 W. Longfellow Avenue<br>Tampa, FL 33629 | ***Pro Se* Defendant** |
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC.<br>FRED LASSWELL, INC.<br>RED RYDER ENTERPRISES, INC.<br>GOLDBOOK LTD.<br>1282 Lago Vista Place<br>Beverly Hills, CA 90210 | **Plaintiffs**<br>LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., AND GOLDBOOK LTD. |

XX **MAIL:** Such correspondence was deposited, postage fully paid, with the U.S. Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct. Executed on September 7, 2018, at San Diego, California. I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Kelly E. Jenckes

81057892v.1