UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

    Plaintiffs,

vs.

Case No.: 8:17-cv-00046-JDW-TBW

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

    Defendants.
_____/

## RESPONSE AND OBJECTION TO MINTZ LEVIN'S L.R. 2.03(B) MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Rocke, McLean & Sbar, P.A., ("RMS") local counsel for the Plaintiffs, LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD. (Plaintiffs), files this Response and Objection to Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.'s Motion to Withdraw as counsel of record for Plaintiffs in this case and states as follows:

1. This case arises from Plaintiffs' claims against the Defendants in the Amended Complaint for Cybersquatting, Trademark Infringement, Copyright Infringement, Common Law Unfair Competition, Unfair Competition under California Code, Conversion, Breach of Contract, and Fraud. (See Doc. No. 5).

2. This case was transferred from the Southern District of California to the Middle District of Florida on January 10, 2017. (Doc. Nos. 23, 24, 25).

3. Defendant, Timothy Schwartz, filed his Answer and Affirmative Defenses on February 15, 2017. (Doc. No. 31).

4. The Case Management Report was filed on April 5, 2017 (Doc. No. 49), and this Court entered its Scheduling Order on May 2, 2017 (Doc. No. 50).

5. In August of 2017, RMS was asked to become local counsel, and RMS filed its notice of appearance as local counsel for the Plaintiffs. (Doc. No. 54).

6. There had been no activity in this case, but for the withdrawal of local counsel for the Plaintiffs, (Doc. Nos. 51, 52, 53), and addition of new local counsel, RMS, for the Plaintiffs on August 18, 2017. (Doc. No. 54). Therefore, RMS filed a motion to modify the case management and scheduling order on September 22, 2017, which was granted by this Court. (Doc. No. 55, 56).

7. Since that time, RMS, as local counsel, has taken no further action in this case.

8. RMS has notified Mintz Levin and the Plaintiffs that it is unwilling and unable to be lead trial counsel in this case.

9. The Plaintiffs will be prejudiced if this Court allows Mintz Levin to withdraw at this stage of the proceedings.

10. Should this Court allow Mintz Levin to withdraw, the Plaintiffs should be afforded reasonable time to retain lead trial counsel in this matter.

**WHEREFORE,** RMS respectfully requests that the Court deny Mintz Levin's Motion to Withdraw, or extend all deadlines to allow the Plaintiffs to secure new lead trial counsel and for such other or further relief that the Court may deem just and appropriate.

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Esq. (FBN 131016)
Email:  jsbar@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email:  aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Phone:  813-769-5600
Fax:     813-769-5601
Attorneys for Plaintiffs

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail on September 11, 2018.

| | |
|---|---|
| Timothy Schwartz<br>5108 W. Longfellow Avenue<br>Tampa, FL  33629<br>Phone:  213-948-3599<br>Email:  tsschwartz@gmail.com | Andrew D. Skale, *admitted pro hac vice*<br>Mintz Legin Cohn Ferris Glovsky & Popeo, PC<br>3580 Carmel Mountain Road<br>Suite 300<br>San Diego, CA  92130<br>Phone:  858-314-1500<br>Fax:     858- 314-1501<br>Email:  askale@mintz.com<br>Attorneys for Plaintiffs |

/s/ Jonathan B. Sbar
Attorney