UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK LTD.,**

   **Plaintiff,**

vs.             Case No. 8:17-cv-46-T-27TBM

**TIMOTHY SCHWARTZ, DESIGN TANK, INC., and DOES 1-10,**

   **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Mintz Levin's L.R. 2.03(b) Motion for Leave to Withdraw As Counsel for Plaintiff (Dkt. 60), Rocke, Mclean & Sbar, P.A.'s response (Dkt. 61), and Defendant Timothy Schwartz's response (Dkt. 62). Upon consideration, the Motion is **GRANTED**. Mintz Levin Cogn Ferris Glovsky & Popeo, P.C. are relieved of any further responsibility in this matter. To the extent Rock, McLean & Sbar, P.A. no longer wishes to be counsel of record, they must comply with the requirements of Local Rule 2.03.

**DONE AND ORDERED** this 25th day of September, 2018.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record

1