UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

       Plaintiffs,                        Case No.:  8:17-cv-00046-JDW-CPT

vs.

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

       Defendants.
_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that pursuant to this Court's Order (Doc. No. 73), the mediation in the above referenced cause has been scheduled for **Friday, November 2, 2018**, beginning at **9:00 a.m.** at the offices of Rocke, McLean & Sbar, P.A., 2309 S. MacDill Ave, Tampa, FL  33629[1]. The parties have selected the following mediator:

William S. Josey
William S. Josey, LLC[2]
2806 W. Morrison Ave.
Tampa FL 33629
willisj@aol.com
(813) 390-6045 (P)
Facsimile not available

---

[1] Pro Se Defendant, Timothy Schwartz, has stated he understands that the parties are required to engage in mediation at the Federal Courthouse. Counsel for the Plaintiffs does not understand that mediation at the Federal Courthouse is required but has advised Mr. Schwartz that the Plaintiffs are willing to change the mediation location if Mr. Schwartz undertakes the coordination of having the already scheduled mediation location changed to the Federal Courthouse.

[2] Mr. Josey's hourly rate is reasonable, and he has stated that he requires deposits from each of the parties at least 5 days in advance of mediation.

2

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Esq. (FBN 131016)
Email:  jsbar@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email:  aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Phone:  813-769-5600
Fax:      813-769-5601
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail on October 16, 2018.

Timothy Schwartz
401 S. Lake Dr.
Clearwater, FL 33755
Phone:  213-948-3599
Email:  tsschwartz@gmail.com

/s/ Jonathan B. Sbar
Attorney