UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

    Plaintiffs,　　　　　　　　　　　　Case No.: 8:17-cv-00046-JDW-CPT

vs.

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

    Defendants.
_____/

## **NOTICE OF PLAINTIFFS' RETENTION OF CO-COUNSEL**

Pursuant to this Court's Order (Doc. No. 73), the Plaintiffs' have retained, Enrico Schaefer, of Traverse Legal, PLC, a Traverse City, Michigan based law firm. To the extent permitted by the Court,[1] Mr. Schaefer, who specializes in intellectual property issues, shall represent the Plaintiffs in this matter as co-counsel with the undersigned counsel. Jonathan Sbar will act as lead trial counsel.[2] Mr. Schaefer's contact information is as follows:

Enrico Schaefer
Traverse Legal, PLC
810 Cottageview Drive G-20
Traverse City, MI  49684
enrico.schaefer@traverselegal.com
231-932-0411 (P)
(231) 932-0636 (F)

---

[1] Mr. Schafer is licensed in Michigan, and his pro hac vice motion shall be filed in the immediate future.
[2] The Plaintiffs were unable to find an intellectual property specialist willing to serve as lead trial counsel given the current procedural posture of the case (the Court has reserved ruling on the Plaintiffs' request to reopen discovery (Doc. 73)).

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Esq. (FBN 131016)
Email: jsbar@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email: aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL 33629
Phone: 813-769-5600
Fax: 813-769-5601
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail on October 19, 2018.

Timothy Schwartz
401 S. Lake Dr.
Clearwater, FL 33755
Phone: 213-948-3599
Email: tsschwartz@gmail.com

/s/ Jonathan B. Sbar
Attorney