# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:17-cv-46-T-27CPT | | DATE: | November 27, 2018 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | INTERPRETER: | N/A |
| LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., et al.<br><br>v.<br><br>TIMOTHY SCHWARTZ, et al. | | | LANGUAGE: | |
| | | | **PLAINTIFF'S COUNSEL**<br>John Sbar<br>Andrea Holder<br>Craig Schaefer (via telephone) | |
| | | | **DEFENSE COUNSEL**<br>Timothy Schwartz, Pro Se (via telephone) | |
| COURT REPORTER: | DIGITAL | | DEPUTY CLERK: | Lisa Bingham |
| TIME: | 2:01 p.m. – 2:24p.m.<br>2:36 p.m. – 2:47 p.m. | TOTAL: 34 min. | COURTROOM: | 12B |

**PROCEEDINGS:** STATUS CONFERENCE

The Court discusses with counsel and pro se Defendant discovery matters.

For the reasons stated on the record, the Court reopens discovery for a period of 75 days.

Depositions of Mr. Schwartz and Ms. Slesinger to be conducted between the dates of December 12, 2018, and December 4, 2018.