UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASWELL FOUNDATION FOR
LEARNINGAND LAUGHTER, INC.,
et al.,

    Plaintiffs,

v.                                        Case No. 8:17-cv-46-T-27CPT

TIMOTHY SCHWARTZ, et al.,

    Defendants.
_____/

**O R D E R**

This cause is before the Court following a status conference conducted on November 27, 2018. For the reasons discussed on the record, it is hereby ORDERED:

1. The time frame for discovery is re-opened for a period of seventy-five (75) days. As a result, all authorized discovery shall be completed on or before February 11, 2019.[1] This deadline will not be extended absent extraordinary circumstances.

---

[1] This discovery deadline means that *all* discovery must be completed by that date. Hence, discovery should be served on an opposing party in such a manner as to ensure that all discovery is timely completed and within the periods specified in the Federal Rules of Civil

2. Within this time period, the Plaintiffs are permitted to conduct discovery on the limited basis as outlined at the status conference. In short, this discovery shall be confined to the deposition of the Defendant and the service of the third-party subpoenas referenced during the status conference.

3. The Defendant is permitted to conduct reasonable discovery, as authorized under the Federal Rules of Civil Procedure. As discussed at the status conference, the Defendant's discovery may include, but is not limited to, the deposition of Plaintiffs' representative, Patricia Schlesinger.

4. For the reasons discussed at the status conference, the depositions of both the Defendant and Ms. Schlesinger shall be conducted between December 12 and 14, 2018, unless otherwise mutually agreed to by the parties.

DONE and ORDERED in Tampa, Florida, this 28th day of November 2018.

*[Signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record
Any unrepresented party

---

Procedure. Although the parties may, by agreement, conduct discovery after the formal completion date, the Court will not address discovery disputes arising after the discovery completion date. *See* MIDDLE DISTRICT DISCOVERY (2015) at I.F.1.