UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

    Plaintiffs,

vs.

Case No.: 8:17-cv-00046-JDW-CPT

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR ENTRY OF CONFIDENTIALITY ORDERS ON AN EMERGENCY BASIS

The Plaintiffs, LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD. (collectively, Plaintiffs), for entry of Confidentiality Orders on an expedited basis, as follows:

1. On March 7, 2019, the parties appeared before Magistrate Judge Christopher Tuite on several discovery matters including Defendant's Motion to compel production of documents and to conduct an inspection of Plaintiff's offices.

2. Plaintiffs will absolutely abide by the Court's order to produce documents on or before March 15, 2019, however, some of those documents are confidential.

3. As to the inspection, after extensive argument the Court issued its order and as to the inspection ordered as follows:

    c. The motion is granted as to the Defendant's request to conduct an inspection of the Plaintiffs' offices located in Tampa. The inspection shall be conducted on or

before March 31, 2019; shall be limited to three (3) hours; and may be videotaped by either or both parties. Any videos or photographs taken during the inspection are subject to production to the opposing party.

In advance of the inspection, the parties are directed to meet and confer on or before March 15, 2019, on the matter of a confidentiality agreement pertaining to the video, photographs, and other information obtained in connection with the inspection.

4. On March 13, 2019 counsel for Plaintiff submitted a proposed confidentiality order for Defendant's review which addressed the videos and photographs for the court ordered inspection as confidential as argued by Plaintiff at the Court hearing and also a proposed confidentiality agreement which included standard provisions for identification, objection, and use of confidential information for general discovery such as the pending document production as Plaintiff intends to abide by this Court's order and produce a significant volume of documents to Defendant on March 15, 2019 including those which are confidential.

5. Defendant Schwartz declined to address any part of the proposed confidentiality order as regards to the document production except to provide a template similar to what Plaintiff has proposed. Schwartz offered non-substantive objections to the proposed confidentiality agreement relative to the inspection which were addressed as such in a return email by counsel for Plaintiff as indicated in the accompanying Memorandum in Support.

6. Because Plaintiff intends to comply with the Court's order and produce confidential documents on March 15, 2019, the Court's immediate assistance is required for entry of the Confidentiality order with regard to document production. While the inspection is still two weeks away, it is also important this Court hold Defendant to his agreement to keep the video and pictures taken at the inspection confidential, for use in this case only. Defendant's backtracking on only using the video and pictures for this case indicates an intention to use the video and pictures for some other purpose. Because Defendant has previously written

defamatory emails (which he now denies) sent to third parties having nothing to do with this case, and monetized Plaintiffs materials and Fred Lasswell's fame for his own purposes, it is important that materials from the inspection not be used outside the purposes of this case.

7. Plaintiffs also rely on its Memorandum in Support of Motion in support of its Motion.

WHEREFORE, Plaintiffs request the Court enter its proposed Confidentiality Orders on an expedited basis and effective as of March 15, 2019, and award Plaintiffs their costs and attorneys fees in bringing this Motion.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)**

The undersigned hereby certifies that counsel has conferred on this Motion with Timothy Schwartz by email and no agreement was reached thus opposing to the relief requested herein.

March 14, 2019

*/s/ Craig Enrico Schaefer*
Craig Enrico Schaefer (Pro Hac Vice)
Traverse Legal, PLC
810 Cottageview Drive G-20
Traverse City, MI 49684
enrico.schaefer@traverselegal.com
Phone: 231-932-0411

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Esq. (FBN 131016)
Email: jsbar@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email: aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL 33629
Phone: 813-769-5600
Fax: 813-769-5601

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail and regular mail on March 14, 2019.

Timothy Schwartz
401 S. Lake Dr.
Clearwater, FL 33755
Phone: 213-948-3599
Email: tsschwartz@gmail.com

                                        */s/ Craig Enrico Schaefer*
                                        Craig Enrico Schaefer (Pro Hac Vice)
                                        Attorneys for Plaintiffs