UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

      Plaintiffs,                             Case No.:  8:17-cv-00046-JDW-TBW

vs.

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

      Defendants.
_____/

**ROCKE, MCLEAN & SBAR'S L.R. 2.03(B) MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND INCORPORATED MEMORANDUM OF LAW**

    Rocke, McLean & Sbar, P.A. ("RMS"), counsel of record for the Plaintiffs, LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD. (Plaintiffs), hereby moves the Court for an order pursuant to L.R. 2.03(b) granting RMS leave to withdraw as counsel of record for Plaintiffs in this case.

    Pursuant to Rule 4-1.16(b) of the Florida Rules of Professional Conduct, a lawyer may withdraw where either: (1) the client's insisted actions are in fundamental disagreement with the lawyer, (2) the client substantial fails to fulfill an obligation regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled (3) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client, or (4) other good cause exists. Additionally,

withdrawal may be had with no reason other than it "can be accomplished without material adverse effect on the interests of the client." *Id.*

Undersigned meets each of these independent criteria for withdrawal and the professional considerations warrant withdrawal. *See* Declaration of Jonathan Sbar ("Decl."); *see, e.g. Horan v. O'Connor*, 832 So. 2d 193, 194 (Fla. App. 2002) (Granting withdrawal upon affidavit stating "irreconcilable differences" even with objection of client that differences were unsubstantiated and non-existent; "[w]e see no need for this counsel to explain why he wishes to withdraw in more detail, as such an explanation could be detrimental to the client or protected by the attorney-client privilege); *United States CFTC v. Allied Mkts.*, LLC, 2015 U.S. Dist. LEXIS 187968, *2-3 (M.D. Fla. Jun. 3, 2015) (granting withdrawal, citing among bases failure to pay past-due fees and abide by the fee agreement); *Ultratech Int'l, Inc. v. Res. Energy Grp., LLC*, 2014 U.S. Dist. LEXIS 191938, *3 (M.D. Fla. Aug. 13, 2014) ("Because Defendants have failed to communicate and cooperate with counsel, they have rendered the representation unreasonably difficult. Therefore, the Court will allow counsel to withdraw.").

Moreover, Plaintiffs will continue to have counsel, as intellectual property counsel, Enrico Schaefer, is still counsel of record in the case. In addition, the withdrawal motion has only been made after giving Plaintiffs the required notice. (L.R. 2.03(b)).

The undersigned is prepared to provide additional further details in camera to the Court in order to protect the attorney-client privilege and mitigate harm to the clients, should the Court so desire. ABA Formal Opinion No. 476 pp.8-9 (Withdrawal attempt should "first attempt to file a withdrawal motion with a formulaic reference [] as the grounds for the motion," which the court may either grant or, as needed, as for more information on an in camera basis).

**WHEREFORE,** RMS respectfully requests that the Court grant the Motion for leave to withdraw from this case with no further obligations in this matter and provide Plaintiffs sufficient time to obtain new local counsel, and for such other or further relief that the Court may deem just and appropriate.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

The undersigned hereby certifies that counsel has conferred on this Motion with Timothy Schwartz by email and he does not oppose the requested relief.

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Esq. (FBN 131016)
Email:  jsbar@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email:  aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Phone:  813-769-5600
Fax:     813-769-5601
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail on May 17th, 2019.

Timothy Schwartz
401 S. Lake Dr.
Clearwater, FL 33755
Phone:  213-948-3599
Email:  tsschwartz@gmail.com

Craig Enrico Schaefer (Pro Hac Vice)
Traverse Legal, PLC
810 Cottageview Drive G-20
Traverse City, MI 49684
Email:  enrico.schaefer@traverselegal.com
Phone:  231-932-0411
Fax:  231-932-0636

Patricia Slesinger
Representative of all Plaintiffs
1282 Lago Vista Drive
Beverly Hills, CA  90210
Email:  quagoldbook@gmail.com

/s/ Jonathan B. Sbar
Attorney