UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

    Plaintiffs,

vs.

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

    Defendants.
_____/

Case No.:  8:17-cv-00046-JDW-TBW

## DECLARATION OF JONATHAN B. SBAR IN SUPPORT OF ROCKE, MCLEAN & SBAR'S L.R 2.03(b) MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND INCORPORATED MEMORANDUM OF LAW

I, JONATHAN B. SBAR, DECLARE:

1. I am an attorney at law duly licensed to practice law in the State of Florida and am admitted in the United States District Court for the Middle District of Florida. I am member of the law firm Rocke, McLean & Sbar, P.A., attorneys of record for Plaintiffs LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK LTD. ("Plaintiffs"). I am readily familiar with the facts in this matter and if called as a witness to testify, could competently do so.

2. Rocke, McLean & Sbar has been counsel of record to one or more of Plaintiffs or affiliated persons or entities for nearly two years. Thus, this Motion does not come without substantial prior discussion, efforts to avert the necessity of its filing and caution. Withdrawal is necessitated nonetheless by professional considerations.

3. Withdrawal in this matter is warranted. Plaintiffs' actions for this suit are in fundamental disagreement with Rocke, McLean & Sbar. In addition, Plaintiffs have substantially failed to fulfill obligations regarding Rocke, McLean & Sbar's services and have been given reasonable warning that Rocke, McLean & Sbar will withdraw unless the obligation is fulfilled. Also, the continued representation of Rocke, McLean & Sbar will result in an unreasonable financial burden on Rocke, McLean & Sbar and has been rendered unreasonably difficult by the Plaintiffs.

4. A long notification of this motion for withdrawal has been given. Based on the discussion of Plaintiffs and Rocke, McLean & Sbar for some time leading up to it, Plaintiffs were advised by Rocke, McLean & Sbar in writing on May 3, 2019 that a motion to withdraw would be filed if Plaintiffs failed to fulfill their obligations. The motion to withdraw is now being filed on May 17, 2019.

5. Upon withdrawal, Plaintiffs will continue to have Intellectual Property Counsel, as Craig Enrico Schaefer remains counsel of record in this case. Plaintiffs will have the opportunity to obtain Florida local counsel

6. This declaration is limited in detail by the ABA's recommended guidance on the level of detail to include in motions to withdraw. However, as the ABA recommends, I am prepared to provide additional further details in camera to the Court in order to protect the attorney-client privilege, in the event the Court so desires.

I declare under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this May 17, 2019, at Tampa, Florida.

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Esq. (FBN 131016)
Email:  jsbar@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email:  aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Phone:  813-769-5600
Fax:     813-769-5601
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail on May 17th, 2019.

| | |
|---|---|
| Timothy Schwartz<br>401 S. Lake Dr.<br>Clearwater, FL 33755<br>Phone:  213-948-3599<br>Email:  tsschwartz@gmail.com | Craig Enrico Schaefer (Pro Hac Vice)<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI 49684<br>Email:  enrico.schaefer@traverselegal.com<br>Phone:  231-932-0411<br>Fax:  231-932-0636 |

Patricia Slesinger
Representative of all Plaintiffs
1282 Lago Vista Drive
Beverly Hills, CA  90210
Email:  quagoldbook@gmail.com

/s/ Jonathan B. Sbar
Attorney
