UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED
RYDER ENTERPRISES, INC., and
GOLDBOOK LTD.,

    **Plaintiff,**

vs.              Case No. 8:17-cv-46-T-27TBM

TIMOTHY SCHWARTZ, DESIGN
TANK, INC., and DOES 1-10,

    **Defendants.**
_____/

**ORDER**

  **BEFORE THE COURT** is Rocke, McClean & Sbar's L.R. 203(B) Motion for Leave to Withdraw as Counsel for Plaintiffs (Dkt. 130). Upon consideration, the Motion is **GRANTED**. The law firm of Rocke, McClean & Sbar and its attorneys of record are withdrawn as local counsel for Plaintiffs and are hereby relieved of any further responsibility in this case. Enrico Schaefer shall remain counsel of record, however, Plaintiff must obtain new local counsel within ten days, failing which this case will be dismissed for lack of prosecution pursuant to Local Rule 3.10 and Fed. R. Civ. P. 41(b).[1] *See* M.D. Fla. Local Rule 2.02(a).

  **DONE AND ORDERED** this 20th day of May, 2019.

           */s/ James D. Whittemore*

           **JAMES D. WHITTEMORE**
           **United States District Judge**

Copies to: Counsel of record

---

[1] *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel"), *cert. denied*, 474 U.S. 1058 (1986).