UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD.,

    Plaintiffs,                              Case No.:  8:17-cv-00046-JDW-CPT

vs.

TIMOTHY SCHWARTZ, DESIGN TANK,
INC., and DOES 1-10,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO RETAIN LOCAL COUNSEL FOR PLAINTIFFS**

NOW COMES Plaintiffs by and through its undersigned counsel and hereby respectfully request an extension of time to obtain local counsel pursuant to the Court's Order (Dkt. 131).  The grounds upon which the instant motion is based are set forth as follows:

**SUPPORTING MEMORANDUM OF LAW**

Plaintiffs' local counsel, Jon Sbar, filed a motion on May 17th requesting withdrawal from this case (Dkt. 130).  Mr. Sbar did not request any specific amount of time for Plaintiffs to find new local counsel.  An Order granting said withdrawal was entered on May 20, 2019 (Dkt. 131) and set forth a deadline of ten calendar days (May 30th) to obtain local counsel.  This deadline also occurred over a holiday weekend leaving less than 6 working business days which has made the task of obtaining local counsel more difficult.  Several lawyers who have been contacted were not available for days leading up to the holiday weekend.  Plaintiffs are actively

1

contacting and interviewing prospective local counsel, and prospects are reviewing the matter. Plaintiffs have been diligently pursuing discovery, including the third-party subpoenas, preparing the case for dispositive motions to be filed against Defendant. These efforts have proved fruitful, as recent subpoenas (vigorously opposed by Defendant Schwartz) have produced indisputably inculpatory evidence, that establish (among other things) Defendant's use and exploitation of Plaintiffs' IP, and his diversion of their web traffic, embezzlement of PayPal revenues, and numerous instances of lack of candor to this Court. Further exacerbating the situation (and causing prejudice to Plaintiffs) is the fact that the conflicts checks process required for an attorney to represent Plaintiffs is time-consuming and complicated, because Plaintiffs (and other entities owned or controlled by Plaintiffs' principals) regularly conduct business with major, international entertainment corporations. In order to allow Plaintiffs adequate time to retain counsel, and for prospective counsel to have the time to review the file, Plaintiffs are respectfully requesting an additional fifteen (15) days to find and retain local counsel.

This case was filed in 2017 and contains numerous filings and documents that a potential local counsel has requested to review before agreeing to appear in this case. Enrico Schaefer being admitted Pro Hac Vice cannot participate in this case without local counsel consistent with local rules and cannot file any substantive pleadings in this case.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion requesting a fifteen (15) day extension of time in order to find and retain local counsel up to and including June 14, 2019.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

The undersigned hereby certifies that counsel Craig Enrico Schaefer sent an email to Defendant, Mr. Timothy Schwartz asking for concurrence in this Motion and offering a meet and confer call.  Mr. Schwartz did not offer concurrence in this motion.


Dated: May 29, 2019

Respectfully Submitted,

*/s/ Craig Enrico Schaefer*
Craig Enrico Schaefer (Pro Hac Vice)
Traverse Legal, PLC
810 Cottageview Drive G-20
Traverse City, MI  49684
enrico.schaefer@traverselegal.com
Phone:  231-932-0411

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2019 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system and served by e-mail on anyone unable to accept electronic filing.

*/s/ Craig Enrico Schaefer*
Craig Enrico Schaefer (Pro Hac Vice)
Traverse Legal, PLC