UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD,

                                          CASE NO. 8:17-cv-00046-JDW-CPT

    Plaintiffs,

v.

TIMOTHY SCHWARTZ, DESIGN
TANK, INC., and DOES 1-10,

    Defendants.
_____/

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties.

I, STEFAN V. STEIN, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD.

Date: June 4, 2019                      Respectfully submitted,

                                                  */s/ Stefan V. Stein*
                                                  Stefan V. Stein
                                                  Florida Bar No. 300527
                                                  Michael J. Colitz, III
                                                  Florida Bar No. 164348
                                                  GrayRobinson, P.A.
                                                  401 E. Jackson Street, Suite 2700
                                                  Tampa, FL 33602
                                                  Tel: 813/273-5000
                                                  Fax: 813/273-5145

stefan.stein@gray-robinson.com
michael.colitz@gray-robinson.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>June 4, 2019</u> I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record.

<u>*/s/ Stefan V. Stein*</u>
Stefan V. Stein

\# 11641002 v1