UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD,

        CASE NO. 8:17-cv-00046-JDW-CPT

Plaintiffs,

v.

TIMOTHY SCHWARTZ, DESIGN
TANK, INC., and DOES 1-10,

Defendants.
_____/

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties.

I, MICHAEL J. COLITZ, III, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: LASSWELL FOUNDATION FOR LEARNING AND LAUGHTER, INC., FRED LASSWELL, INC., RED RYDER ENTERPRISES, INC., and GOLDBOOK, LTD.

Date: June 4, 2019

Respectfully submitted,

*/s/ Michael J. Colitz, III*
Stefan V. Stein
Florida Bar No. 300527
Michael J. Colitz, III
Florida Bar No. 164348
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145

        stefan.stein@gray-robinson.com
        michael.colitz@gray-robinson.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>June 4, 2019</u> I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record.

        */s/ Michael J. Colitz, III*
        Michael J. Colitz, III

# 11641034 v1