UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED
RYDER ENTERPRISES, INC., and
GOLDBOOK LTD.,**

        **Plaintiff,**

vs.                                               Case No. 8:17-cv-46-T-27CPT

**TIMOTHY SCHWARTZ, DESIGN
TANK, INC., and DOES 1-10,**

        **Defendants.**
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Upon review of the docket, Plaintiffs have retained counsel. (Dkts. 134, 135). The Case Management and Scheduling Order (Dkt. 50) is amended as follows:[1]

    Pretrial Conference                               **December 5, 2019 at 10:30 A.M.**

    Trial Term                                                   **January 6, 2020**

**DONE AND ORDERED** this 12th day of September, 2019.

                                */s/ James D. Whittemore*
                                **JAMES D. WHITTEMORE**
                                **United States District Judge**

Copies to: Counsel of Record

---

[1] All other provisions of the Case Management and Scheduling Order shall remain in full force and effect.

1