UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK,
LTD,

       CASE NO. 8:17-cv-00046-JDW-CPT

    Plaintiffs,

v.

TIMOTHY SCHWARTZ, DESIGN
TANK, INC., and DOES 1-10,

    Defendants.
_____/

## GRAYROBINSON, P.A.'S NOTICE OF INTENT TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND MEMORANDUM OF LAW IN SUPPORT

GrayRobinson, P.A. ("Gray"), counsel of record for the Plaintiffs, Lasswell Foundation for Learning and Laughter, Inc., Fred Lasswell, Inc., Red Ryder Enterprises, Inc., and Goldbook, LTD ("Plaintiffs"), hereby files this Notice of Intent to Withdraw as Counsel for Plaintiffs. In accordance with the time frame outlined in Local Rule 2.03(b), Gray will move for entry of an order permitting it to withdraw as counsel of record for Plaintiffs in this case. In support of this Notice, Gray states as follows.

1. In its Order of May 20, 2019 the Court granted Rocke, McClean & Sbar's Motion for Leave to Withdraw as Counsel for the Plaintiffs and directed Plaintiffs to "obtain new local counsel within ten days." [Dkt. 130.] Gray subsequently appeared in this case on June 4, 2019. [Dkts. 134, 135.] By way of this Notice, Gray now seeks to withdraw from this case in accordance with Local Rule 2.03(b).

2. Florida Rule of Professional Conduct 4-1.16(b)(2) states that a lawyer may withdraw from representation if "the client insists upon taking action. . . with which the lawyer has a fundamental disagreement." Florida Rule of Professional Conduct 4-1.16(b)(1) also permits withdrawal if it "can be accomplished without material adverse effect on the interests of the client." *See also Horan v. O'Connor*, 832 So. 2d 193, 194 (Fla. App. 2002) (granting withdrawal upon affidavit stating "irreconcilable differences" even with objection of client that differences were unsubstantiated and non-existent; "[w]e see no need for this counsel to explain why he wishes to withdraw in more detail, as such an explanation could be detrimental to the client or protected by the attorney-client privilege.")

3. Gray cannot, in a manner consistent with the Florida Rules of Professional Conduct, continue with the representation of the Plaintiffs in this matter. As a result, following the expiration of the ten (10) period outlined in Local Rule 2.03(b), Gray will bring a motion to withdraw as attorneys of record in this case.

4. The undersigned is prepared to provide additional further details in camera to the Court in order to protect the attorney-client privilege and mitigate harm to the clients, should the Court so desire. ABA Formal Opinion No. 476 pp.8-9 (counsel should "first attempt to file a withdrawal motion with a formulaic reference [] as the grounds for the motion," which the court may either grant or, as needed, ask for more information in camera).

5. The undersigned is providing this Notice to all parties to this action. This filing therefore constitutes the ten (10) day notice required by Local Rule 2.03(b). Enrico Schaefer remains as counsel of record in the case for the Plaintiffs.

**WHEREFORE,** Gray hereby gives notice that following the expiration of the ten (10) day period outlined in Local Rule 2.03(b), it will move for entry of an order permitting it to withdraw from this case and will request that it have no further obligation in this matter.

Date: November 27, 2019

Respectfully submitted,

　　*/s/ Michael J. Colitz, III*
Stefan V. Stein
Florida Bar No. 300527
Michael J. Colitz, III
Florida Bar No. 164348
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
stefan.stein@gray-robinson.com
michael.colitz@gray-robinson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019 I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record and via electronic mail to Timothy Schwartz (tsschwartz@gmail.com).

　　*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

# 38808085 v2