UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASSWELL FOUNDATION FOR
LEARNING AND LAUGHTER, INC.,
FRED LASSWELL, INC., RED RYDER
ENTERPRISES, INC., and GOLDBOOK
LTD.,

    Plaintiffs,

v.                                                       Case No: 8:17-cv-46-T-27CPT

TIMOTHY SCHWARTZ, DESIGN
TANK, INC., and DOES 1-10,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Traverse Legal, PLC's Motion for Leave to Withdraw as Counsel for Plaintiffs (Dkt. 145). Upon consideration, the Motion for Leave to Withdraw is **GRANTED**. Craig Enrico Schaefer and the law firm of Traverse Legal, PLC are permitted to withdraw as counsel for Plaintiffs. Michael John Colitz III, Stefan Vaughn Stein and the law firm of GrayRobinson, P.A. shall remain as counsel for Plaintiffs.[1]

**DONE AND ORDERED** this 3rd day of December, 2019.

*[signature]*

JAMES D. WHITTEMORE
United States District Judge

Copies to:    Counsel of Record and Unrepresented Parties

---

[1] The Court notes that GrayRobinson, P.A. has filed its Notice of Intent to Withdraw as Counsel for Plaintiffs (Dkt. 143).

1